UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FREDDY M. MOROCHO, WALTER
TACURE on behalf
of themselves and others
similarly situated,

        Plaintiffs,

- against -

GEORGE C. KELLY, and NYACK
COLONIAL CAR WASH, INC.

        Defendants.

INDEX NUMBER: 07 CIV. 2979

**NOTICE OF CHANGE OF ADDRESS**

    **PLEASE TAKE NOTICE THAT** the firm of Karen L. Zdanis, Esq., which has appeared in this action for Plaintiffs, Freddy Morocho and Walter Tacure has relocated, and that the new address and telephone number of Karen L. Zdanis, Esq. is set forth as follows:

Karen L. Zdanis, Esq.
20 North Broadway
Suite 5
Nyack, New York 10977
(845) 356-0855

Dated: May 25, 2007

                              Respectfully submitted,

                              KAREN L. ZDANIS, ESQ.

                              _____/s/_____
                              Karen L. Zdanis (KZ-3651)
                              20 North Broadway
                              Suite 5
                              Nyack, New York 10960
                              (845) 356-0855