UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FREDDY M. MOROCHO, WALTER TACURE on behalf of themselves and others similarly situated,

        Plaintiffs,

- against -

GEORGE C. KELLY, and NYACK COLONIAL CAR WASH, INC.

        Defendants.

INDEX NUMBER: 07 CIV. 2979

**AFFIRMATION OF SERVICE BY MAIL**

STATE OF NEW YORK  )
COUNTY OF ROCKLAND  )

    **Karen L. Zdanis**, pursuant to CPLR 2106 and under penalty of perjury affirms: I am an attorney at law of the State of New York, over the age of eighteen (18) years and not a party to this action. On the 25th day of May, 2007, I served a true copy of the Notice of Change of Address dated May 25, 2007, upon Louis R. Satriale, Esq., at the places stated below by depositing a copy of the Notice of Change of Address, properly enclosed in a post-paid, properly addressed wrapper, in an official depository under the exclusive care and control of the United States Postal Service within the village of Nyack, State of New York, directed to the party at his addresses given below, which were designated by them for that purpose, to wit:

**Address:**
Louis R. Satriale, Esq.
Gehrig & Satriale LLC
The Lincoln Building
60 East 42nd Street, Suite 817
New York, New York 10165

        Respectfully submitted,
        KAREN L. ZDANIS, ESQ.

        _____/s/_____
        Karen L. Zdanis (KZ-3651)
        20 North Broadway, Suite 5
        Nyack, New York 10960
        (845) 356-0855