GEHRING & SATRIALE LLC
Louis R. Satriale, Jr. (LS-5027)
Joseph E. Gehring, Jr. (JG-8178)
The Lincoln Building
60 East 42nd Street, Suite 817
New York, New York 10165
(212) 400-7420
(212) 400-7440 (fax)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FREDDY M. MOROCHO, WALTER TACURE on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>GEORGE C. KELLY and<br>NYACK COLONIAL CAR WASH, INC.,<br><br>Defendants. | 07 Civ. 2979 (CLB) (MDF)<br><br>ELECTRONICALLY FILED<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that pursuant to Rules 12 and 56 of the Federal Rules of Civil Procedure, Defendants George C. Kelly and Nyack Colonial Car Wash, Inc. will make a motion before this Court, before the Hon. Charles L. Brieant, at the United States Courthouse, 300 Quarropas Street, White Plains, New York, for an Order dismissing the complaint or, in the alternative, granting summary judgment in favor of Defendants and for such other and further relief as the Court may deem just and proper, together with costs and disbursements of this motion and this action.

Dated: June 15, 2007

                                          GEHRING & SATRIALE LLC

                              By:     s/
                                        Joseph E. Gehring, Jr. (JG8178)

                                        The Lincoln Building
                                        60 East 42nd Street, Suite 817
                                        New York, New York 10165
                                        (212) 400-7420
                                        (212) 400-7440 (fax)
                                        Attorneys for Defendants