GEHRING & SATRIALE LLC
Louis R. Satriale, Jr. (LS-5027)
Joseph E. Gehring, Jr. (JG-8178)
The Lincoln Building
60 East 42nd Street, Suite 817
New York, New York 10165
(212) 400-7420
(212) 400-7440 (fax)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FREDDY M. MOROCHO, WALTER TACURE on behalf of themselves and others similarly situated,

Plaintiffs,

-against-

GEORGE C. KELLY and
NYACK COLONIAL CAR WASH, INC.,

Defendants.

07 Civ. 2979 (CLB) (MDF)

**AFFIDAVIT OF ORLANDO GUSMAN**

STATE OF NEW YORK   )
                    ) ss:
COUNTY OF ROCKLAND  )

ORLANDO GUSMAN, being duly sworn, deposes and says:

1. I am an employee of Nyack Colonial Car Wash in Nyack, New York. I have been employed there since 2005.

2. Until earlier this year, Freddy M. Morocho was my supervisor at the car wash. He scheduled my hours, he directed my work and he very often was the only manager at all at the car wash.

3. Walter Tacure has not worked at the car wash at any time I have worked there.

_____
ORLANDO GUSMAN

Sworn to before me this
15th day of June 2007

_____
Notary Public

LOUIS R. SATRIALE
Notary Public, State of New York
No. 5009797
Qualified in Westchester County
Certificate Filed in New York County
Commission Expires March 22, 2011