GEHRING & SATRIALE LLC
Louis R. Satriale, Jr. (LS-5027)
Joseph E. Gehring, Jr. (JG-8178)
The Lincoln Building
60 East 42nd Street, Suite 817
New York, New York 10165
(212) 400-7420
(212) 400-7440 (fax)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FREDDY M. MOROCHO, WALTER TACURE on behalf of themselves and others similarly situated,

Plaintiffs,

-against-

GEORGE C. KELLY and
NYACK COLONIAL CAR WASH, INC.,

Defendants.

07 Civ. 2979 (CLB) (MDF)

**AFFIDAVIT OF RAMIRO LEMUS**

ESTADO DE NEW YORK      )
                        ) ss:
CONDADO DE ROCKLAND     )

RAMIRO LEMUS, bajo juramento depone y dice:

1. Soy un empleado de Nyack Colonial Car Wash in Nyack, New York. Estoy empleado allí desde el año 2006.

2. Hasta el principio de año, Freddy M. Morocho ha sido mi supervisor en el taller de lavado de carros. Me programaba mi horario de trabajo, dirigía mi trabajo y con mucha frecuencia él era el único gerente en el taller de lavado de carros.

3. El señor Walter Tacure nunca ha tranajado en el taller de lavado de carros desde que yo estoy trabajando allí.

_Ramiro A Lemus_
RAMIRO LEMUS

Sworn to before me this
14th day of June 2007

_/s/_
Notary Public

LOUIS R. SATRIALE
Notary Public, State of New York
No. 6009797
Qualified in Westchester County
Certificate Filed in New York County
Commission Expires March 22, 2011

GEHRING & SATRIALE LLC
Louis R. Satriale, Jr. (LS-5027)
Joseph E. Gehring, Jr. (JG-8178)
The Lincoln Building
60 East 42nd Street, Suite 817
New York, New York 10165
(212) 400-7420
(212) 400-7440 (fax)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FREDDY M. MOROCHO, WALTER TACURE on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>GEORGE C. KELLY and NYACK COLONIAL CAR WASH, INC.,<br><br>Defendants. | 07 Civ. 2979 (CLB) (MDF)<br><br><br><br>**AFFIDAVIT OF RAMIRO LEMUS** |

STATE OF NEW YORK     )
                     )  ss:
COUNTY OF ROCKLAND  )

      RAMIRO LEMUS, being duly sworn, deposes and says:

      1.      I am an employee of Nyack Colonial Car Wash in Nyack, New York. I have been employed there since 2006.

      2.      Until earlier this year, Freddy M. Morocho was my supervisor at the car wash. He scheduled my hours, he directed my work and he very often was the only manager at all at the car wash.

      3.      Walter Tacure has not worked at the car wash at any time I have worked there.

                                                              _____
                                                             Ramiro Lemus

Sworn to before me this
____ day of June 2007

_____
Notary Public