GEHRING & SATRIALE LLC
Louis R. Satriale, Jr. (LS-5027)
Joseph E. Gehring, Jr. (JG-8178)
The Lincoln Building
60 East 42nd Street, Suite 817
New York, New York 10165
(212) 400-7420
(212) 400-7440 (fax)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FREDDY M. MOROCHO, WALTER TACURE on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> -against- <br><br> GEORGE C. KELLY and <br> NYACK COLONIAL CAR WASH, INC., <br><br> Defendants. | 07 Civ. 2979 (CLB) (MDF) <br><br><br> **AFFIDAVIT OF** <br> **JERONIMO LOPEZ** |

ESTADO DE NEW YORK      )
                        ) ss:
CONDADO DE ROCKLAND     )

JERONIMO LOPEZ, bajo juramento depone y dice:

1.      Soy un empleado de Nyack Colonial Car Wash in Nyack, New York. Estoy empleado allí desde el año 2007.

2.      Hasta el principio de año, Freddy M. Morocho ha sido mi supervisor en el taller de lavado de carros. Me programaba mi horario de trabajo, dirigía mi trabajo y con mucha frecuencia él era el único gerente en el taller de lavado de carros.

3.      El señor Walter Tacure nunca ha tranajado en el taller de lavado de carros desde que yo estoy trabajando allí.

                                            _Jeronimo Lopez_
                                            JERONIMO LOPEZ

Sworn to before me this
13th day of June 2007

_Louis R._
Notary Public

LOUIS R. SATRIALE
Notary Public, State of New York
No. 2009797
Qualified in Westchester County
Certificate Filed in New York County
Commission Expires March 22, 2011

GEHRING & SATRIALE LLC
Louis R. Satriale, Jr. (LS-5027)
Joseph E. Gehring, Jr. (JG-8178)
The Lincoln Building
60 East 42nd Street, Suite 817
New York, New York 10165
(212) 400-7420
(212) 400-7440 (fax)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FREDDY M. MOROCHO, WALTER TACURE on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>GEORGE C. KELLY and<br>NYACK COLONIAL CAR WASH, INC.,<br><br>Defendants. | 07 Civ. 2979 (CLB) (MDF)<br><br><br>**AFFIDAVIT OF<br>JERONIMO LOPEZ** |

ESTADO DE NEW YORK      )
                                                  )   ss:
CONDADO DE ROCKLAND  )

      JERONIMO LOPEZ, bajo juramento depone y dice:

      1.    Soy un empleado de Nyack Colonial Car Wash in Nyack, New York. Estoy empleado allí desde el año 2007.

      2.    Hasta el principio de año, Freddy M. Morocho ha sido mi supervisor en el taller de lavado de carros. Me programaba mi horario de trabajo, dirigía mi trabajo y con mucha frecuencia él era el único gerente en el taller de lavado de carros.

      3.    El señor Walter Tacure nunca ha tranajado en el taller de lavado de carros desde que yo estoy trabajando allí.

                                                    _____
                                                    JERONIMO LOPEZ

Sworn to before me this
____ day of June 2007

_____
Notary Public