GEHRING & SATRIALE LLC
Louis R. Satriale, Jr. (LS-5027)
Joseph E. Gehring, Jr. (JG-8178)
The Lincoln Building
60 East 42nd Street, Suite 817
New York, New York 10165
(212) 400-7420
(212) 400-7440 (fax)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FREDDY M. MOROCHO, WALTER TACURE on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> -against- <br><br> GEORGE C. KELLY and <br> NYACK COLONIAL CAR WASH, INC., <br><br> Defendants. | 07 Civ. 2979 (CLB) (MDF) <br><br><br> **AFFIDAVIT OF** <br> **JOSE MORALES** |

ESTADO DE NEW YORK    )
                                          ) ss:
CONDADO DE ROCKLAND )

JOSE MORALES, bajo juramento depone y dice:

1. Soy un empleado de Nyack Colonial Car Wash in Nyack, New York. Estoy empleado allí desde el año 2002.

2. Hasta el principio de año, Freddy M. Morocho ha sido mi supervisor en el taller de lavado de carros. Me programaba mi horario de trabajo, dirigía mi trabajo y con mucha frecuencia él era el único gerente en el taller de lavado de carros.

3. El señor Walter Tacure nunca ha tranajado en el taller de lavado de carros desde que yo estoy trabajando allí.

_____
JOSE MORALES

Sworn to before me this
14th day of June 2007

_____
Notary Public

LOUIS R. SATRIALE
Notary Public, State of New York
No. 5008797
Qualified in Westchester County
Certificate Filed in New York County
Commission Expires March 22, 19__
20__

GEHRING & SATRIALE LLC
Louis R. Satriale, Jr. (LS-5027)
Joseph E. Gehring, Jr. (JG-8178)
The Lincoln Building
60 East 42nd Street, Suite 817
New York, New York 10165
(212) 400-7420
(212) 400-7440 (fax)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FREDDY M. MOROCHO, WALTER TACURE on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> -against- <br><br> GEORGE C. KELLY and <br> NYACK COLONIAL CAR WASH, INC., <br><br> Defendants. | 07 Civ. 2979 (CLB) (MDF) <br><br><br> **AFFIDAVIT OF** <br> **JOSE MORALES** |

STATE OF NEW YORK    )
                     )  ss:
COUNTY OF ROCKLAND   )

   JOSE MORALES, being duly sworn, deposes and says:

   1. I am an employee of Nyack Colonial Car Wash in Nyack, New York.  I have been employed there since 2002.

   2. Until earlier this year, Freddy M. Morocho was my supervisor at the car wash. He scheduled my hours, he directed my work and he very often was the only manager at all at the car wash.

   3. Walter Tacure has not worked at the car wash at any time I have worked there.

                  _____
                   Jose Morales

Sworn to before me this
____ day of June 2007

_____
Notary Public