GEHRING & SATRIALE LLC
Louis R. Satriale, Jr. (LS-5027)
Joseph E. Gehring, Jr. (JG-8178)
The Lincoln Building
60 East 42nd Street, Suite 817
New York, New York 10165
(212) 400-7420
(212) 400-7440 (fax)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FREDDY M. MOROCHO, WALTER TACURE on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>GEORGE C. KELLY and<br>NYACK COLONIAL CAR WASH, INC.,<br><br>Defendants. | 07 Civ. 2979 (CLB) (MDF)<br><br>ELECTRONICALLY FILED<br><br>**NOTICE OF MOTION** |

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Defendants certifies that Defendant Nyack Colonial Car Wash, Inc. has no corporate parents, subsidiaries, or affiliates with securities or other interests which are publicly held.

Dated: June 15, 2007

                                        GEHRING & SATRIALE LLC

By:    s/_____
       Joseph E. Gehring, Jr. (JG8178)

       The Lincoln Building
       60 East 42nd Street, Suite 817
       New York, New York 10165
       (212) 400-7420
       (212) 400-7440 (fax)
       Attorneys for Defendants