UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FREDDY M. MOROCHO, WALTER TACURE on behalf of themselves and others similarly situated,

        Plaintiffs,

- against -

GEORGE C. KELLY, and NYACK COLONIAL CAR WASH, INC.

        Defendants.

INDEX NUMBER: 07 CIV. 2979

**AFFIDAVIT OF FREDDY MOROCHO**

FREDDY MOROCHO, of full age, being duly sworn upon his oath, deposes and says:

1. I am the Plaintiff in this matter.

2. Walter Tacure is not my uncle or my cousin.

3. I was *not* promoted to Operations Manager of the Nyack Colonial Car Wash, Inc. (hereinafter "Car Wash") in 1999.

4. At all times that I was employed by Car Wash, I was paid in cash.

5. In addition, I was required to make up part-day absences by working additional hours on other days.

6. George Kelly was my superior throughout my tenure at the Car Wash. Mr. Kelly was responsible for scheduling and hiring employees.

7. For more than 95% of my time on an average workday, I spent time opening the Car Wash, washing the cars, finding a quick repair and later fixing the machines if they break down, replenishing the chemicals in the machines, cleaning and taking the garbage to the dumpster, collecting money from customers, and

drying cars.

8.  I spoke with George Kelly several times concerning my request for unpaid overtime and a share of the tips.

Dated: June 28, 2007

*Freddy Morocho*
FREDDY MOROCHO

Sworn and Subscribed to before me this 28th day of June, 2007.

_____
NOTARY PUBLIC

KAREN L. ZDANIS
Notary Public, State of New York
No. 02Z6101904
Qualified in Rock County
Commission Expires 11/17/2007