Karen L. Zdanis, Esq. (KZ-3651)
20 North Broadway
Suite 5
Nyack, New York 10960
(845) 356-0855

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FREDDY M. MOROCHO, WALTER
TACURE on behalf
of themselves and others
similarly situated,

          Plaintiffs,

    - against -

GEORGE C. KELLY, and NYACK
COLONIAL CAR WASH, INC.

          Defendants.

INDEX NUMBER: 07 CIV. 2979

**AFFIDAVIT OF WALTER TACURE I**

---

    WALTER TACURE, of full age, being duly sworn upon his oath, deposes and says:

1. I am the Plaintiff in this matter.

2. I am not Freddy Morocho's uncle or cousin.

3. I was an employee of the Nyack Colonial Car Wash, and worked there until May of 2004.

Dated: June 29, 2007

                                         _____
                                         WALTER TACURE I
                                         Sworn and Subscribed to

before me this 29th day
of June, 2007.

_____
NOTARY PUBLIC

KAREN L. ZDANIS
Notary Public, State of New York
No. 02ZD6101904
Qualified In Rock County
Commission Expires 11/17/2007