# Gehring & Satriale LLC

Louis R. Satriale, Jr.
(212) 400-7422
lsatriale@GTSLaw.com

The Lincoln Building
60 East 42nd Street, Suite 817
New York, New York 10165
(212) 400-7420
(212) 400-7440 (fax)

July 6, 2007

VIA FACSIMILE
Hon. Charles L. Brieant
United State District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**MEMO ENDORSED**

*[Handwritten: Application Granted SO ORDERED July 9, 2007 Charles L. Brieant USDJ]*

Re:  Freddy M. Morocho et al. v. George C. Kelly et al.
     07 Civ. 2979 (CLB) (MDF)

Dear Judge Brieant:

We represent the Defendants in the above-referenced matter. I write to respectfully request a four-day extension of time (from July 9 to July 13) to serve Defendants' reply papers in connection with Defendants' pending motion to dismiss and/or summary judgment (the "Motion"). The request is necessary to allow Defendants sufficient time to prepare reply papers due to my and Defendants' unavailability during this week. Plaintiffs' counsel has not consented to this request.

Defendants filed the Motion on June 15th. Plaintiffs served opposition papers on June 29th. Defendants reply papers are currently due on July 9th. I have been out of the office this week on vacation. My client contact has also been away since last week in Italy and I have not been able to speak with him to this point.

I communicated with Plaintiffs' counsel by e-mail during the week regarding this request. Yesterday, she advised me that she would not consent to the request stating, "I do not intend to be difficult, but because I'm on a complex trial the following week, I won't be able to give you an extension. Sorry".

I asked Plaintiffs' counsel to reconsider her position given that the request concerns only Defendants' reply papers (there is nothing further to be done by Plaintiff with regard to the Motion) and that the return date for the Motion is not until September 27, 2007. Plaintiffs' counsel has not changed her position.

# Gehring & Satriale LLC

Hon. Charles L. Brieant
July 6, 2007
Page 2

    There has been no prior request to the Court for an extension of time with regard to the Motion. Thank you for your consideration.

Respectfully submitted,

Louis R. Satriale, Jr.

cc:    Karen Zdanis, Esq. (via facsimile)
       Counsel for Plaintiffs