CONSENT TO BE A PARTY PLAINTIFF

I consent to be a party plaintiff in lawsuit against Nyack Colonial Car Wash and its officers in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

I hereby designate the Law Offices of Karl J. Stoecker and the Law Offices of Karen L. Zdanis to represent me in the suit.

_____
Signature

_____
Jose Morocho

454 Stockholm Street
_____
Address

Brooklyn, New York 11358
_____
City, State and Zip Code