GEHRING & SATRIALE LLC
Louis R. Satriale, Jr. (LS-5027)
Joseph E. Gehring, Jr. (JG-8178)
370 Lexington Avenue, Suite 1200
New York, New York 10017
(212) 400-7420
(212) 400-7440 (fax)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FREDDY M. MOROCHO, WALTER TACURE on behalf of themselves and others similarly situated, | 07 Civ. 2979 (CLB) (MDF) |
| Plaintiffs, | ELECTRONICALLY FILED |
| -against- | **RULE 7.1 DISCLOSURE STATEMENT** |
| GEORGE C. KELLY and NYACK COLONIAL CAR WASH, INC., | |
| Defendants. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Defendant Nyack Colonial Car Wash, Inc., a non-governmental corporate party, certifies that it has no corporate parents, subsidiaries or affiliates that have securities or other interests that are publicly held.

Dated: November 8, 2007

                                                  GEHRING & SATRIALE LLC

                                  By:      s/
                                                  Joseph E. Gehring, Jr. (JG8178)

                                                    370 Lexington Avenue
                                                    Suite 1200
                                                    New York, New York 10017
                                                    (212) 400-7420
                                                    (212) 400-7440 (fax)
                                                    Attorneys for Defendants