UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rev. 9/03

-----------------------------------------------------------------X
FREDDY M. MOROCHO, et al.,

                              Plaintiff,

                - against -

GEORGE C. KELLY, et al.,

                              Defendant.
-----------------------------------------------------------------X

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

07 Civ. 2979 (CLB) (MDF)

The above entitled action is referred to the Hon. Mark D. Fox, United States Magistrate Judge for the following purpose(s):

\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

**_X_ All Purposes**

\_\_\_ Specific Non-Dispositive Motion/Dispute:*
_____
_____

\_\_\_ Settlement*

\_\_\_ Inquest After Default/Damages Hearing

\_\_ \_\_ All purposes permitted by law

\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_ Consent under 28 U.S.C.§636(c) for limited purpose of _____

\_\_\_ Habeas Corpus

\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    Particular Motion:_____
    _____

    All such motions: \_\_\_\_

*Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: White Plains, New York
           February 6, 2008

_____
United States District Judge