Karen L. Zdanis, Esq. (KZ-3651)
20 North Broadway
Suite 5
Nyack, New York 10960
(845) 356-0855

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

FREDDY M. MOROCHO, WALTER TACURE on behalf of themselves and others similarly situated,

        Plaintiffs,

- against -

GEORGE C. KELLY, and NYACK COLONIAL CAR WASH, INC.

        Defendants.

INDEX NUMBER: 07 CIV. 2979 (MDF)(CLB)

NOTICE OF MOTION TO AMEND COMPLAINT

TO: Louis R. Satriale, Esq.
Gehring & Satriale LLC
370 Lexington Avenue
Suite 1200
New York, New York 10017

**PLEASE TAKE NOTICE** that as soon that as counsel may be heard, Plaintiffs, Freddy Morocho, Walter Tacuri (improperly pleaded as "Walter Tacure"), shall move before The Honorable Charles L. Brieant U.S.D.J., at The United States Courthouse, Room 275, White Plains, N.Y. 10601 for an Order permitting Plaintiffs to amend their Complaint, pursuant to Federal Rule of Civil Procedure

15, and to add parties to the complaint, pursuant to Federal Rule of Civil Procedure 21.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs shall rely upon the Affidavit of Karen L. Zdanis, Esq., the Affidavit of Freddy Morocho, and the enclosed Brief in support of their motion to file and serve an Amended Complaint.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs waive oral argument in connection with this motion.

                        KAREN L. ZDANIS, ESQ.

                        _____/s/_____
                        Karen L. Zdanis (KZ-3651)
                        20 North Broadway
                        Suite 5
                        Nyack, New York 10960
                        (845) 356-0855

Dated: March 5, 2008