Page 5

```
            G. KELLY
 1
 2    Q    And I will rephrase the question or
 3   try to reword it so it's comprehensible.
 4    A    Okay.
 5    Q    If you do answer it, we will assume
 6   that you understood it, and it is also very
 7   important that you answer verbally rather than
 8   by nodding your head and so on.
 9    A    I understand.
10    Q    So the Court Reporter can get it
11   down. All the questions are under oath, you've
12   sworn to tell the truth.
13    A    Right.
14    Q    I take it you are a former police
15   officer?
16    A    That's correct.
17    Q    So you're aware of the consequences
18   of not telling the truth?
19    A    Yes, I do.
20    Q    Any questions about how we are going
21   to proceed today?
22    A    No.
23    Q    Are you currently employed?
24    A    Yes, I am.
25    Q    And where do you work?
```

Page 6

```
            G. KELLY
 1
 2    A    Nyack Soft Cloth Car Wash.
 3    Q    And how long have you worked there?
 4    A    Approximately eight years.
 5    Q    Is that your first job after you left
 6   the force?
 7    A    No, it's not.
 8    Q    Where did you work before that?
 9    A    I bartended, you mean before the car
10   wash?
11    Q    Yes.
12    A    I bartended, I was a maintenance
13   supervisor in the Florida Keys. And that's
14   about it.
15    Q    How did it come about that you got
16   the job at Nyack Soft Cloth Car Wash?
17    A    Through my father-in-law.
18    Q    How did that happen?
19    A    He asked me if I wanted to work at
20   the car wash and I said sure.
21    Q    What is his relationship with the car
22   wash?
23    A    He is the owner.
24    Q    What's his name?
25    A    James Miner.
```

Page 7

```
            G. KELLY
 1
 2    Q    How do you spell that, please?
 3    A    M I N E R.
 4    Q    Is he the sole owner?
 5    A    No, he's not.
 6    Q    Does he have partners?
 7    A    Yes, he does.
 8    Q    And who are they?
 9    A    One partner is John Weigel.
10    Q    How do you spell that?
11    A    W E I G E L.
12    Q    Okay.
13    A    And Timmy Weigel.
14    Q    Is that Timothy?
15    A    Yeah.
16    Q    Spelled the same way, the last name?
17    A    Right.
18    Q    Do you know what the relationship, if
19   any, of Mr. Miner to the Weigels, are they --
20    A    Friends.
21    Q    Weigels, I take it are related?
22    A    Yes, father and son.
23    Q    Which one is the father?
24    A    John.
25    Q    Do you know if they -- is Nyack Soft
```

Page 8

```
            G. KELLY
 1
 2   Cloth Car Wash, is that the trade name of the
 3   car wash?
 4    A    Well, it's Nyack Colonial Car Wash.
 5    Q    So where does the Soft Cloth come in?
 6    A    I think that's just -- Soft Cloth is
 7   just the name on the sign, I think, really, I
 8   think that's where it comes from, I mean it
 9   used to be Bristles years ago, now they are
10   Soft Cloth.
11    Q    So if you go to the car wash, the
12   sign outside said Soft Cloth?
13    A    Nyack Soft Cloth. It just says Soft
14   Cloth Car Wash.
15    Q    Is it Nyack Colonial Car Wash, Inc?
16    A    There is a corporation, Nyack
17   Colonial, Inc. I'm not sure, but it's Nyack
18   Colonial Incorporated.
19    Q    Is there one corporation that you
20   know of?
21    A    There's two corporations.
22    Q    What's the first one?
23    A    That would be J and J Incorporated.
24    Q    Okay.
25    A    And then there's Nyack Colonial.
```

EXHIBIT C

```
16
 1                     G. KELLY
 2   Weigel retired, did he sell out his interest in
 3   these entities to his son?
 4        A    I don't know.
 5        Q    You don't know if he still has an
 6   ownership interest?
 7        A    I don't know what the situation is,
 8   that's their business.
 9        Q    What is your responsibility as a
10   employee of Nyack Colonial Car Wash, Inc.?
11        A    General Manager.
12        Q    What do you manage?
13        A    The car wash.
14        Q    The Nyack Soft Cloth Car Wash?
15        A    Correct.
16        Q    Any others?
17        A    As a manager?  In a manager's
18   position?
19        Q    In any capacity?
20        A    Just Nyack.
21        Q    Does Nyack Colonial Car Wash, Inc.,
22   own any other car washes as far as you know?
23        A    No.
24        Q    How about J & J, Inc.?
25        A    I don't know the setup for J & J, I
```

EXHIBIT C

```
82                        G. KELLY
 1
 2      A    That's correct.
 3      Q    And that Nyack Colonial Car Wash,
 4   Inc., is owned by James Miner, John Weigel and
 5   Tim Weigel; correct?
 6      A    No, I think it's James Miner and
 7   Timothy Weigel.
 8      Q    And you have no ownership interest in
 9   the company; correct?
10      A    No.
11      Q    Now, these work schedules are they --
12   do you keep them?
13      A    No.
14      Q    You throw them out?
15           (Witness nods.)
16      Q    Do you report to anyone -- let me ask
17   it this way.  Who is your boss at the car wash,
18   at the Nyack Soft Cloth Car Wash?
19      A    My boss is James Miner and Tim
20   Weigel.
21      Q    And how often do you speak with them
22   about the car wash?
23      A    Speak to them about the car wash?  I
24   could speak to Timmy once a week.
25      Q    And does Timmy have occasion to visit
```