```
                              8
                                              G. KELLY
 1
 2      Cloth Car Wash, is that the trade name of the
 3      car wash?
 4           A    Well, it's Nyack Colonial Car Wash.
 5           Q    So where does the Soft Cloth come in?
 6           A    I think that's just -- Soft Cloth is
 7      just the name on the sign, I think, really, I
 8      think that's where it comes from, I mean it
 9      used to be Bristles years ago, now they are
10      Soft Cloth.
11           Q    So if you go to the car wash, the
12      sign outside said Soft Cloth?
13           A    Nyack Soft Cloth.  It just says Soft
14      Cloth Car Wash.
15           Q    Is it Nyack Colonial Car Wash, Inc?
16           A    There is a corporation, Nyack
17      Colonial, Inc. I'm not sure, but it's Nyack
18      Colonial Incorporated.
19           Q    Is there one corporation that you
20      know of?
21           A    There's two corporations.
22           Q    What's the first one?
23           A    That would be J and J Incorporated.
24           Q    Okay.
25           A    And then there's Nyack Colonial.
```

EXHIBIT D