**Page 17**

G. KELLY

don't know much about J & J, I know it's just, that it's another corporation.

Q To the best of your knowledge, does James Miner own, directly or indirectly have an interest in any other car wash other than Nyack Soft Cloth Car Wash?

A Yes, he does.

Q What car washes are those?

A Northvale Car Wash and Pearl River Car Wash.

Q Northvale Car Wash, is that 262 Livingston Street, Northvale, New Jersey?

A That's correct.

Q And Pearl River Car Wash is 558 North Middletown Road, Pearl River, New York?

A Correct.

Q Does he also have an interest in a car wash in Tenafly, New Jersey?

A No, he doesn't.

Q Did he ever, to the best of your knowledge?

A At one time, he might have. One time.

MR. SATRIALE: Don't guess, George.

**Page 18**

G. KELLY

THE WITNESS: Okay.

Q What--

MR. SATRIALE: Tell him what you know.

A Yes, he did.

Q He did?

A Yes.

Q And did there come a time that he sold or transferred his interest in the Tenafly car wash?

A No.

Q Does he still have that interest?

A No.

Q Well, I understood you to say he had the interest at some time?

A Yes.

Q And he didn't sell or transfer but that he no longer has the interest today?

A That's correct.

Q What happened to his interest in Tenafly?

A His lease expired.

Q So Tenafly Car Wash is closed?

A No, it's open.

**Page 19**

G. KELLY

Q Who owns it?

A Me and Timmy.

Q You and Timmy?

A Weigel.

Q Okay. Do you own it through a corporate entity?

A Yes.

Q What entity is that?

A It's called GT Car Wash.

Q GT Car Wash?

A Inc.

Q And how long have you owned it?

A I would say six years.

Q What is your interest in GT Car Wash, Inc.?

A I'm an owner.

Q Do you have shares?

A When you say in shares, me and Timmy own--

Q Do you know what percentage of it you own?

A Yeah, we're 50/50.

Q 50/50?

A Yes.

**Page 20**

G. KELLY

Q Any other owners other than you and him?

A No.

Q Do you have a title in connection with the company? Are you the president?

A I think I'm the secretary.

Q You're the secretary?

A Yeah.

Q And Timmy Weigel is the CEO or something like that, president?

A President.

Q Are there any other officers?

A No.

Q Does Tenafly Car Wash have a manager?

A Yes.

Q Who is that?

A Jerry Murphy.

Q Does Mr. Miner have an interest in the Pearl River Car Wash through a corporate entity?

A I'm not sure.

Q And does he own the Pearl River Car Wash along with Timothy Weigel?

A I don't know the arrangements for

EXHIBIT E

**161**

```
 1                    G. KELLY
 2      Q    What's the reference to other car
 3   washes, is that to Tenafly?
 4      A    Excuse me?
 5      Q    It says keeping stock of all parts
 6   used by us and other car washes, is that a
 7   reference to Tenafly?
 8      A    To all the car washes.
 9      Q    Tenafly, Pearl River, Northvale?
10      A    If they needed parts in an emergency
11   and we had it, I would get them the part.
12      Q    But one of operations manager's job
13   was to keep stock of the parts used by all four
14   car washes?
15      A    No. Not used by the car washes. If
16   somebody came in for a part, I just write down
17   what they took, so I would know what they took
18   so I could reorder.
19      Q    If someone came in from any of the
20   other three car washes?
21      A    Right, if they ran in to get a part,
22   just write down what they took and give it to
23   me so I know what they took.
24      Q    Now, you also managed the Tenafly car
25   wash?
```

**162**

```
 1                    G. KELLY
 2           MR. SATRIALE: Objection to form.
 3      A    Managed, I owned Tenafly car wash.
 4   I'm an owner.
 5      Q    Do you do the same thing there that
 6   you do at Nyack Colonial?
 7      A    It's shared more.
 8      Q    With you and Mr. Timothy Weigel?
 9      A    That's correct.
10      Q    And do you handle the payroll the
11   same way at Tenafly?
12      A    Yes.
13      Q    You pay the same way?
14      A    Yes.
15      Q    You handle overtime the same way?
16      A    Yes.
17      Q    You handle tips the same way?
18      A    Yes.
19      Q    And are overtime and tip distribution
20   handled the same way at Pearl River?
21           MR. SATRIALE: If you know.
22      A    I don't know.
23      Q    How about at Northvale?
24      A    I don't know.
25      Q    Do you spend time in Pearl River?
```

**163**

```
 1                    G. KELLY
 2      A    No.
 3      Q    How often do you go there?
 4      A    I don't know what you said earlier, I
 5   could stop by once a week, once a month, just
 6   to say hello.
 7      Q    And Northvale, the same answer?
 8      A    Yes.
 9      Q    You understand that you've been named
10   as a defendant in this lawsuit that's pending
11   in federal court?
12      A    Right.
13      Q    And do you understand what the claims
14   are that have been asserted against you?
15      A    Yes.
16      Q    What's your understanding of the
17   claims?
18           MR. SATRIALE: You can give him your
19   understanding but don't repeat anything
20   that I have told you. If you have an
21   understanding separate, apart from our
22   discussions, then that's what you tell
23   him.
24      A    I have an understanding of-- my
25   understanding is, this, I don't understand your
```

**164**

```
 1                    G. KELLY
 2   question. I understand that I am getting sued,
 3   yes, in federal court.
 4           MR. SATRIALE: Do you know why
 5   you're getting sued, what are the claims
 6   being brought against you?
 7      A    Failure to pay overtime, and that's
 8   it.
 9      Q    Do you have an understanding, without
10   telling me what you discussed with your lawyer,
11   as you sit here today, do you have an
12   understanding as to what overtime is?
13      A    I understand overtime, yes, I do.
14      Q    What is your understanding of it?
15      A    Up and over 40 hours.
16      Q    What happens after 40 hours?
17      A    You get paid for time and a half.
18      Q    And did you have that understanding
19   prior to this lawsuit that was --
20      A    Yes.
21      Q    The legal requirement?
22      A    Yes.
23      Q    Now, do you also understand that you
24   have been sued for taking employee's tips?
25      A    I don't take people's tips.
```