23

G. KELLY

```
 1
 2    Q    And I take it Mr. Miner has an
 3  ownership interest in the Northvale Car Wash?
 4    A    That's correct.
 5    Q    Do you know if he holds that interest
 6  through a corporate entity?
 7    A    I don't know the name or if there is.
 8    Q    Do you know if any of the Weigels
 9  have an interest in the Northvale Car Wash?
10    A    Yes, Timmy.
11    Q    Do you know what percentage interest
12  he has?
13    A    I don't know.
14    Q    Are there any others that have an
15  interest in Northvale Car Wash?
16    A    No.
17    Q    Other than Mr. Miner and possibly Mr.
18  Weigel, are there any others that have an
19  interest in the Pearl River Car Wash?
20    A    I don't know the set up, sorry.
21    Q    So, you also did-- you also had
22  occasion to do other things at Pearl River
23  other than bring parts there?
24         MR. SATRIALE:  Objection to form.
25    Q    Maintenance and so on?
```