```
                              22
 1                                   G. KELLY
 2           Q     And who manages the Pearl River Car
 3   Wash?
 4           A     Phil Payne.
 5           Q     But to the best of your knowledge,
 6   Mr. Weigel also has an ownership interest in
 7   the Pearl River Car Wash, is that Timothy
 8   Weigel?
 9           A     That I don't know.
10           Q     Now, the Northvale Car Wash, have you
11   ever worked there?
12           A     No.
13           Q     Did you have occasion to visit there?
14           A     Yes.
15           Q     To bring parts there and so on?
16           A     Yes.
17           Q     How often would you visit there?
18           A     I could be there once a month.
19           Q     Did you do anything else other than
20   bring parts there?
21           A     I've done plenty of things there,
22   yeah.
23           Q     Like what?
24           A     Help with maintenance or working or
25   just the working aspects of the car wash.
```

```
                                22
 1                         G. KELLY
 2       Q    And who manages the Pearl River Car
 3   Wash?
 4       A    Phil Payne.
 5       Q    But to the best of your knowledge,
 6   Mr. Weigel also has an ownership interest in
 7   the Pearl River Car Wash, is that Timothy
 8   Weigel?
 9       A    That I don't know.
10       Q    Now, the Northvale Car Wash, have you
11   ever worked there?
12       A    No.
13       Q    Did you have occasion to visit there?
14       A    Yes.
15       Q    To bring parts there and so on?
16       A    Yes.
17       Q    How often would you visit there?
18       A    I could be there once a month.
19       Q    Did you do anything else other than
20   bring parts there?
21       A    I've done plenty of things there,
22   yeah.
23       Q    Like what?
24       A    Help with maintenance or working or
25   just the working aspects of the car wash.
```

161

1           G. KELLY
2    Q    What's the reference to other car
3    washes, is that to Tenafly?
4    A    Excuse me?
5    Q    It says keeping stock of all parts
6    used by us and other car washes, is that a
7    reference to Tenafly?
8    A    To all the car washes.
9    Q    Tenafly, Pearl River, Northvale?
10   A    If they needed parts in an emergency
11   and we had it, I would get them the part.
12   Q    But one of operations manager's job
13   was to keep stock of the parts used by all four
14   car washes?
15   A    No. Not used by the car washes. If
16   somebody came in for a part, I just write down
17   what they took, so I would know what they took
18   so I could reorder.
19   Q    If someone came in from any of the
20   other three car washes?
21   A    Right, if they ran in to get a part,
22   just write down what they took and give it to
23   me so I know what they took.
24   Q    Now, you also managed the Tenafly car
25   wash?