17

G. KELLY

 1  don't know much about J & J, I know it's just,
 2  that it's another corporation.
 3      Q    To the best of your knowledge, does
 4  James Miner own, directly or indirectly have an
 5  interest in any other car wash other than Nyack
 6  Soft Cloth Car Wash?
 7      A    Yes, he does.
 8      Q    What car washes are those?
 9      A    Northvale Car Wash and Pearl River
10  Car Wash.
11      Q    Northvale Car Wash, is that 262
12  Livingston Street, Northvale, New Jersey?
13      A    That's correct.
14      Q    And Pearl River Car Wash is 558 North
15  Middletown Road, Pearl River, New York?
16      A    Correct.
17      Q    Does he also have an interest in a
18  car wash in Tenafly, New Jersey?
19      A    No, he doesn't.
20      Q    Did he ever, to the best of your
21  knowledge?
22      A    At one time, he might have.  One
23  time.
24           MR. SATRIALE:  Don't guess, George.