MOROCHO VS KELLY                    1/15/08                    GEORGE KELLY

21

1           G. KELLY
2    Pearl River at all.
3        Q    Did you ever work at Pearl River?
4        A    No.
5        Q    Have you ever worked at Pearl River?
6        A    No.
7        Q    Did you ever have occasion to visit
8    the Pearl River Car Wash during the course of
9    your employment at the Nyack Soft Cloth Car
10   Wash?
11       A    Yes.
12       Q    For what purpose?
13       A    Friendly visits, and that's about it.
14       Q    Did you ever have occasion to bring
15   parts there?
16       A    Oh, yes.
17       Q    From other Car Washes?
18       A    Yes.
19       Q    From the Nyack Soft Cloth Car Wash?
20       A    Yes.
21       Q    How often would you say you went to
22   the Pearl River Car Wash?
23       A    Once a month, I could go, sometimes I
24   couldn't -- might not go for a couple of
25   months.

22

1           G. KELLY
2        Q    And who manages the Pearl River Car
3    Wash?
4        A    Phil Payne.
5        Q    But to the best of your knowledge,
6    Mr. Weigel also has an ownership interest in
7    the Pearl River Car Wash, is that Timothy
8    Weigel?
9        A    That I don't know.
10       Q    Now, the Northvale Car Wash, have you
11   ever worked there?
12       A    No.
13       Q    Did you have occasion to visit there?
14       A    Yes.
15       Q    To bring parts there and so on?
16       A    Yes.
17       Q    How often would you visit there?
18       A    I could be there once a month.
19       Q    Did you do anything else other than
20   bring parts there?
21       A    I've done plenty of things there,
22   yeah.
23       Q    Like what?
24       A    Help with maintenance or working or
25   just the working aspects of the car wash.

23

1           G. KELLY
2        Q    And I take it Mr. Miner has an
3    ownership interest in the Northvale Car Wash?
4        A    That's correct.
5        Q    Do you know if he holds that interest
6    through a corporate entity?
7        A    I don't know the name or if there is.
8        Q    Do you know if any of the Weigels
9    have an interest in the Northvale Car Wash?
10       A    Yes, Timmy.
11       Q    Do you know what percentage interest
12   he has?
13       A    I don't know.
14       Q    Are there any others that have an
15   interest in Northvale Car Wash?
16       A    No.
17       Q    Other than Mr. Miner and possibly Mr.
18   Weigel, are there any others that have an
19   interest in the Pearl River Car Wash?
20       A    I don't know the set up, sorry.
21       Q    So, you also did-- you also had
22   occasion to do other things at Pearl River
23   other than bring parts there?
24           MR. SATRIALE: Objection to form.
25       Q    Maintenance and so on?

24

1           G. KELLY
2           MR. SATRIALE: Objection to form,
3    but you can answer.
4        A    I'm not required to, I help out.
5        Q    What do you do to help out?
6        A    If there is ever a jam and they need
7    a couple of guys to lift something or fix
8    something and I'm available, I will help out.
9        Q    The four car washes that we've
10   mentioned, Tenafly, Pearl River, Northvale and
11   Nyack, did they all exist, to the best of your
12   knowledge, in 1999 when you started helping out
13   your father-in-law?
14       A    Yes.
15       Q    And how long had they -- how long had
16   your father-in-law had an ownership interest in
17   those four car washes as of 1999?
18           MR. SATRIALE: If you know.
19       A    I don't know, they are all different
20   dates.
21       Q    Can you describe for me in detail
22   what your duties and responsibilities at Nyack
23   Soft Cloth Car Wash are?
24       A    To manage the car wash.
25       Q    What does that entail?

6 (Pages 21 to 24)

516-485-BBBB          BEE REPORTING AGENCY INC.          212-327-3500