## Activity in Case 7:07-cv-02979-CLB Morocho et al v. Kelly Scheduling Order  Inbox

"NYSD_ECF_Pool@nysd.uscourts.gov"  show details  Oct 29 (23 hours ago)  Re

This is an automatic e-mail message generated by the CM/ECF system. Please DO N
RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once with
charge. To avoid later charges, download a copy of each document during this first
viewing.

U.S. District Court

United States District Court for the Southern District of New York

### Notice of Electronic Filing

The following transaction was entered on 10/29/2007 at 11:11 AM EDT and filed on 10/26/
**Case Name:**       Morocho et al v. Kelly et al
**Case Number:**     7:07-cv-2979
**Filer:**
**Document Number:** 20

**Docket Text:**
SCHEDULING ORDER: Joinder of additional parties accomplished by 1/1/08. Amended
pleadings may be filed until 12/1/2007. Interrogatories no later than 11/15/2007. First reque
production of doc's. no later than 11/15/2007. Depositions completed by 2/8/2008. Any furtl
interrogatories no later than 2/1/2008. Requests to admit no later than 2/1/2008. All discove
complete by 3/14/2008. Next case management conference 4/25/2008 at 9:00am. (Signed
Judge Charles L. Brieant on 10/26/2007) (jma)

**7:07-cv-2979 Notice has been electronically mailed to:**
Joseph E. Gehring, Jr  mail@GTSLaw.com, joe@gehring.com
Karen Lenore Zdanis  karen.zdanis@gmail.com

**7:07-cv-2979 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=10/29/2007]
[FileNumber=3945376-
0] [7aa1d4c1666775b890c8ad50fc9040
f8e1e6d3c4011d4093de00e1e3a34542b785
df7e1a6019ed66753a662d22b297a57
21a4e2ab524a810a8858050a0f1499e]]

Reply   Reply to all   Forward   Invite NYSD_ECF_Pool@nysd.uscourts.gov to Gm