UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FREDDY M. MOROCHO, WALTER
TACURE on behalf
of themselves and others
similarly situated,

        Plaintiffs,

- against -

GEORGE C. KELLY, and NYACK
COLONIAL CAR WASH, INC.

        Defendants.

INDEX NUMBER: 07 CIV. 2979

AFFIDAVIT OF FREDDY MOROCHO

FREDDY MOROCHO, of full age, being duly sworn upon his oath, deposes and says:

1. I am the Plaintiff in this matter.

2. While working for Nyack Colonial Car Wash, Inc. I sometimes was asked to and did visit the Pearl River Car Wash, Northvale Car Wash, and Tenafly Car Wash to deliver supplies or fix machines.

Dated: February 6, 2008

                              *Freddy Morocho*
                              FREDDY MOROCHO

Sworn and Subscribed to
before me this 6th day
of February, 2008.

NOTARY PUBLIC

KAREN L. ZDANIS
Notary Public, State of New York
No. 02ZD610.904
Qualified in Rock County
Commission Expires 11/17/2007