AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN     DISTRICT OF     NEW YORK

**APPEARANCE**

Case Number: 07 CIV. 2979

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiffs

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 3/13/2008 | |
| Date | Signature |
| | Karl J. Stoecker     ks-0571 |
| | Print Name     Bar Number |
| | 18 East 41st Street |
| | Address |
| | New York     NY     10017 |
| | City     State     Zip Code |
| | (212) 818-0080     (212) 818-9055 |
| | Phone Number     Fax Number |