# Karen L. Zdanis

## Attorney At Law

**20 North Broadway**
**Suite 5**
**Nyack, New York 10960**

**Tel: (845) 356-0855**
**Fax: (845) 215-0069**

March 12, 2008

*Via Facsimile (212) 400-7440*
Louis R. Satriale, Esq.
Gehring & Satriale LLC
370 Lexington Avenue
Suite 1200
New York, New York 10017

Re:  Morocho v. Kelly, *et al.*
Case No.: 07 CIV. 2979

Dear Mr. Satriale:

As you know, I am representing plaintiffs in the above referenced matter. Please be advised that the return date for the plaintiffs' pending Motion to Amend the Complaint has been scheduled for Friday, April 11, 2008 at 10:00 a.m. before the Honorable Charles L. Brieant.

Thank your for your attention.

Very truly yours,

Karen Zdanis

cc: Hon, Charles L. Brieant, *via facsimile (914) 390-4085*
    Karl Stoecker, Esq., *via email*