# Gehring & Satriale LLC

Louis R. Satriale, Jr.
(212) 400-7422
lsatriale@GTSLaw.com

370 Lexington Avenue
Suite 1200
New York, New York 10017
(212) 400-7420
(212) 400-7440 (fax)

March 17, 2008

VIA FACSIMILE
Hon. Charles L. Brieant
United State District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

*MEMO ENDORSED*
*Application Granted*
*So Ordered*
*March 17, 2008*
*Charles L. Brieant*
*USDJ*

Re: Freddy M. Morocho et al. v. George C. Kelly et al.
07 Civ. 2979 (CLB) (MDF)

Dear Judge Brieant:

We represent the Defendants in the above-referenced matter. I write to respectfully request a two-week extension of time (from March 19 to April 2) to serve Defendants' opposition to Plaintiffs' motion to amend the complaint. I make this request because of my current caseload and my intention to take some time off around Easter. Other than asking me why I need the extension (and me explaining to Plaintiffs' counsel what I have set forth herein), Plaintiffs' counsel will not advise me whether she consents to this request.

Certainly there will be no prejudice to Plaintiffs. Plaintiffs' motion was served on March 5th and Plaintiffs' counsel has advised me that the Court has set the return date for April 11, 2008. My request for this extension will not affect the return date.

There has been no prior request to the Court for an extension of time regarding this motion. Thank you for your consideration.

Respectfully submitted,

Louis R. Satriale, Jr.

cc: Karen Zdanis, Esq. (via facsimile)
Counsel for Plaintiffs