# Gehring & Satriale LLC

Louis R. Satriale, Jr.
(212) 400-7422
lsatriale@GTSLaw.com

370 Lexington Avenue
Suite 1200
New York, New York 10017
(212) 400-7420
(212) 400-7440 (fax)

March 25, 2008

<u>VIA FACSIMILE</u>
Hon. Charles L. Brieant
United State District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: Freddy Morocho et al. v. George Kelly et al.
Index No. 07 Civ. 2979 (CLB) (MDF)

*[Handwritten stamp/notation: MEMO ENDORSED / Application Granted / So Ordered / March 26, 2008 / Charles L. Brieant / USDJ]*

Dear Judge Brieant:

We represent the Defendants in the above-referenced action. Discovery in this matter closed on March 14, 2008. Defendants intend to file a motion for summary judgment with regard to at least some of the Plaintiffs (based upon statute of limitations and other grounds). Earlier this month, however, Plaintiffs filed a motion to amend the complaint (which is currently returnable on April 11, 2008). Defendants respectfully requests that their time to serve a motion for summary judgment be extended until two weeks after a decision on the motion to amend is filed in order to avoid, among other things, the potential that Defendants would have to file the same motion twice. There has been no prior request for an extension of time regarding this issue.

Respectfully submitted,

*[Signature]*

Louis R. Satriale, Jr.

cc: Karen Zdanis, Esq. (via facsimile)
Counsel for Plaintiffs