52

                        J. Occhino

1

2              MR. SATRIALE:  In general or

3       with respect to Plaintiff's Exhibit 6?

4              MR. STOECKER:  In general.

5       A.    In general?

6              MR. SATRIALE:  You want him to

7       repeat the same answer he gave you a

8       few minutes ago?

9       A.    In general?

10      Q.    Well, let me ask you this, on

11   Exhibit 6, is there a reason why there's a

12   number set forth in box number seven, Social

13   Security tips, and no number set forth in

14   box number eight, allocated tips?

15      A.    Because there is no allocated tips.

16      Q.    What is the difference between

17   allocated tips and Social Security tips?

18              MR. SATRIALE:  Asked and

19       answered, but you can answer again,

20       John.

21      A.    If there was any tips that was over

22   that has to be allocated between employees,

23   that's the box it would go in.

24      Q.    Over what?  I don't understand.

25      A.    Leftover tips, whatever.  There's

53

1                          J. Occhino

2     many different reasons why it goes in there,

3     but in this case it wouldn't pertain to

4     this.  But in any company if there's tips of

5     a certain number that's over of what they

6     normally should get, then it would be

7     allocated between all the employees.

8          Q.    Okay.  Well, if I looked at Exhibit

9     6 for 2006, can you tell how much in tips

10    was allocated to Mr. Morocho for that period

11    of time?

12         A.    There was -- the only tips where he

13    received was nothing allocated.  He received

14    tips of 7,800 in box seven.

15         Q.    And where did you get the

16    information for the amount of tips he

17    received?

18         A.    From his payroll sheet, the yellow

19    sheets.

20         Q.    The yellow sheets?

21         A.    Uh-uh.

22         Q.    So there's additional information

23    on the yellow sheet?

24         A.    That's the information that's on

25    the yellow sheets.  There's wages and tips.

54

```
 1                  J. Occhino
 2       Q.   There's, I'm sorry? Well, you
 3   testified a moment ago under oath that the
 4   yellow sheet contains his weekly salary,
 5   taxes, and the net.
 6       A.   That's correct.
 7       Q.   Now, you're amending that testimony
 8   to indicate that the yellow sheet contains
 9   additional information?
10            MR. SATRIALE:   Objection to
11       form.
12       A.   The sheet shows what he makes
13   gross, and his taxes, and his net.
14       Q.   Okay.  And where does it say what
15   his tips are?
16       A.   It's on the sheet also, that's part
17   of his gross.  His gross pay includes two
18   things.
19       Q.   There's just one number?
20       A.   There's one number.  It --
21       Q.   His gross net includes tips?
22       A.   It includes two different numbers
23   which is broken down.
24       Q.   I'm sorry?
25       A.   It's broken down on the sheet so I
```

55

```
 1                    J. Occhino
 2    know which number is tips and what his
 3    payroll is.
 4        Q.   So it is broken down on the sheet?
 5        A.   Yes, but his gross pay includes
 6    everything.
 7        Q.   Well, you said there was one
 8    number, his gross.  Now, you're saying
 9    there's two numbers?
10        A.   His pay is gross pay and his taxes
11    and his net is what I said, that's correct.
12        Q.   Okay.
13        A.   Within that gross pay he has
14    payroll and tips.
15        Q.   Okay.  So there's one number, gross
16    pay?
17        A.   No, there's -- it's broken down on
18    the sheets.
19        Q.   What is broken down on the sheets?
20        A.   There's payroll and there's tips
21    and it equals his gross pay.
22        Q.   Payroll.  His tips.  Your testimony
23    under oath is that his tips are stated
24    separately on this sheet?
25        A.   Yes, they are.
```

56

J. Occhino

1

2    Q.    On this yellow sheet that is

3    maintained for each employee?

4    A.    Yes.

5    Q.    Okay.  So if I looked at a yellow

6    sheet, I would see gross pay and then I

7    would see a further breakdown of that as

8    between salary and tips?

9    A.    Yes.

10    Q.    I see.  And who enters the tip

11    information onto that sheet?

12    A.    I do.

13    Q.    Where do you get that information?

14    A.    From whoever gives me the

15    information on what it should be.

16    Q.    Who gives it to you?

17    A.    Whoever is at Nyack Colonial Car

18    Wash is able to give it to me gives it to

19    me.

20    Q.    Who would that be?

21    A.    Tim sometimes and George.

22    Q.    Anyone else?

23    A.    No.

24    Q.    And how do they convey that

25    information to you; verbally or in writing?

57

1                       J. Occhino

2        A.    Verbally.

3        Q.    They tell you verbally?

4        A.    Yeah.

5                  MR. SATRIALE:  He just said

6        that.

7        Q.    And you write it down?

8        A.    I make up the sheet for each

9    employee based on what information they tell

10   me.

11       Q.    So you come in once a month;

12   correct?

13       A.    I don't do that once a month.  I do

14   it once a quarter for the payroll.

15       Q.    You do it once a quarter?

16       A.    For the payroll; that's right.

17       Q.    I see.  And they tell you how many

18   tips each employee received in that quarter

19   verbally, that's your testimony?

20       A.    They tell me what their gross pay

21   is and what their tips are, based on hours,

22   and then I figure the taxes out.

23       Q.    But the question is they tell you

24   once a quarter what the tips for each

25   employees are?

58

1                         J. Occhino

2        A.    No, they do not say that.

3        Q.    What do they say with regards to

4    tips?

5        A.    They, they just tell me what their

6    gross pay is and I figure what the tips are

7    based on hourly wage.

8        Q.    They tell you the gross pay, and

9    then from that you calculate what portion of

10   the gross pay is tips?

11       A.    Uh-uh.

12              (Reporter asked for

13   clarification.)

14       Q.    You have to say yes?

15       A.    Yeah, I'm sorry.  Yes.

16       Q.    Yes?

17       A.    (Indicating.)

18       Q.    Okay.  And how do you calculate the

19   portion of the gross pay that's tips?

20       A.    Depending on whatever salary

21   they're getting so much is allocated to tips

22   and so much is allocated to payroll.

23       Q.    And how do you know how much to

24   allocate the tips?

25       A.    It's a percentage.

59

J. Occhino

1

2      Q.    What percentage?

3      A.    It's different, it's been

4  different.  Every year it's different, so I

5  don't know what the actual would be.

6      Q.    How was the percentage selected?

7  Who selects the percentage?

8      A.    Well, there's so much is allocated

9  to tips.

10      Q.    Who selects the percentage?

11      A.    Actually, the -- there is, there is

12  a minimum that is required by the state for

13  tips based on the minimum wage.

14      Q.    You calculate the percentage that

15  is allocated to tips?

16      A.    I don't calculate the percentage,

17  no.

18      Q.    Who does?

19      A.    The government calculates the

20  percentage of their wages and tips.

21      Q.    You're saying that the government

22  changes that percentage every year?

23      A.    It's based on, yes, because it's

24  based on the, the minimum wage requirements.

25      Q.    Okay.  Well, can you tell me how

60

```
 1                    J. Occhino

 2   you calculate the percentage in a given

 3   year?

 4        A.   I don't, I don't set those rates,

 5   the state does.

 6        Q.   You look the rate up?

 7        A.   Yeah, it's a sheet.

 8        Q.   Where do you look it up?

 9        A.   The labor certificates, they send

10   it out all the time.

11        Q.   I'm sorry?

12        A.   Labor, New York State Labor

13   certificates, whatever it's called, they

14   have it, where the minimum wage comes from.

15        Q.   Where do you look up the

16   percentage?

17        A.   I get, there's something, a

18   bulletin comes out and tells you what the

19   new minimum wage is all the time.

20        Q.   Okay.  And then once you know the

21   minimum wage you can determine the

22   percentage?

23        A.   I can -- when you know the minimum

24   wage, then you know what the tips should be

25   at least, yeah.
```

61

1                          J. Occhino

2       Q.    But the question is how do you

3    calculate the percentage?  Now, you're

4    saying it's based on the minimum wage;

5    correct?

6       A.    It's whatever the minimum wage is,

7    the tips have to be a certain minimum amount

8    based on the wage, the minimum wage amount.

9       Q.    So you calculate an amount of tips

10   based on minimum wage; right, not based on

11   actual tips received by the employees;

12   correct?

13      A.    Well, that's not true because it

14   all depends what the tips are.

15      Q.    Sir, you testified you don't know

16   what the actual tips are.

17      A.    No, I don't know what the actual

18   tips are, no.

19      Q.    When you do the calculations you

20   don't know what the actual tips are?

21      A.    No, I do not.  I get that

22   information from whoever is there tells me

23   what the tips are.  And George usually tells

24   me what the gross would be and the tips

25   would be for each person.  We would figure

62
1                          J. Occhino

2      that out.

3          Q.   George tells you what the gross is

4      and the tips are verbally?

5          A.   Well, he tells me what the gross

6      will be for the person, yes.  I'm not

7      understanding what you're trying to -- what

8      you want me to say here.  I'm just telling

9      you that George gives me the gross and he

10     tells me, this is how much tips the person

11     is getting.  And I figure the taxes based on

12     that.

13         Q.   He tells you verbally how much?

14         A.   Most of the time, yes, he does.

15     Yes.

16         Q.   You don't get anything in writing?

17         A.   No, nothing in writing.

18         Q.   So for each employee, each quarter,

19     he tells less you their gross wages and

20     their total tips for the quarter, that's

21     your testimony?

22         A.   It's not every quarter.  It could

23     be -- there's no particular time he tells me

24     that.  If nothing changes, nothing changes.

25         Q.   Oh, so he doesn't tell you, you

63

                        J. Occhino

1    just keep it the same quarter to quarter

2    unless he tells you otherwise?

3        A.    Until he tells me otherwise.

4        Q.    I see.  Okay.  Do you write down

5    the amount of tips that he tells you to

6    allocate to each employee?

7        A.    On the sheets that's there.

8        Q.    On what sheet is that?

9        A.    The yellow payroll sheets.

10       Q.    You write the tip allocation for

11   each employee on the yellow payroll sheet?

12       A.    Yes.

13       Q.    And the allocation is what, a

14   weekly, a monthly, a quarterly, what is the

15   number that you write down on the sheet?

16       A.    It's, it's every week, but I do it

17   every quarter.

18       Q.    I'll ask it again.  What number do

19   you write down on the sheet; the weekly

20   allocation, the monthly allocation --

21       A.    Weekly.

22       Q.    -- quarterly allocation?

23       A.    Weekly.

24       Q.    And when do you do this, when you

64

```
 1                    J. Occhino

 2   prepare the quarterly statements?

 3              MR. SATRIALE:  Objection to

 4       form.

 5       A.    Yes.

 6       Q.    That's when you do it, that's when

 7   you write it down?

 8       A.    I write it -- it's hard.  It's not

 9   as simple as that.  It's -- I can do the

10   payroll every quarter.  And I add up all

11   whatever is on the sheet that they work so

12   many weeks and I put it down, that's where I

13   get the information from.  So it's not done

14   -- it's there weekly, but I don't write it

15   down every week.

16              MR. STOECKER:  Can you read

17       that back, please.  Off the record.

18              (Discussion off the record was

19       held.)

20              MR. SATRIALE:  We are going

21       back on the record for this.  We are

22       back on the record and I'm advising

23       Mr. Stoecker --

24              MR. STOECKER:  I asked for a

25       read back --
```

65

```
 1                    J. Occhino

 2              MR. SATRIALE:  Before we get

 3       to that, I don't want to lose what just

 4       happened, he made an inappropriate

 5       comment off the record, and I'm

 6       advising him right now one further

 7       inappropriate comment with regard to

 8       the deponent in this case, we're

 9       leaving and we will contact Judge Fox

10       immediately.  Now, ask your questions

11       and you'll get your answers.  Keep your

12       inappropriate comments to yourself.

13              MR. STOECKER:  Okay.  Well, no

14       inappropriate comment was made and the

15       suggestion --

16              MR. SATRIALE:  No --

17              MR. STOECKER:  -- and the

18       suggestion that it was made is

19       outrageous.  Let's proceed with the

20       deposition.

21              MR. SATRIALE:  No, we're not

22       proceeding nothing.  Are you going to

23       deny on the record --

24              MR. STOECKER:  I'm not getting

25       into a debate with you.  Let's continue
```

66

J. Occhino

1

2      the deposition..

3              MR. SATRIALE:  No, you just

4      made a statement.

5              MR. STOECKER:  Let's continue

6      the deposition.

7              MR. SATRIALE:  Are you going

8      to deny on the record that you said,

9      "this is an embarrassment," --

10              MR. STOECKER:  Sir, I'm not

11     here --

12              MR. SATRIALE:  -- right

13     before?  Are you?

14              MR. STOECKER:  I'm not here to

15     answer your questions.  Let's proceed

16     with the deposition.

17              MR. SATRIALE:  I'll take that

18     as not a denial.  Okay?

19              MR. STOECKER:  Let's proceed.

20              MR. SATRIALE:  Because I heard

21     it, the witness heard it, and the court

22     reporter heard it.  Okay?  So there's

23     three of us that heard it.

24              MR. STOECKER:  Good for you.

25              MR. SATRIALE:  Now, ask your

67

```
1                    J. Occhino

2      questions and you'll get your answers.

3      One more wise crack and we're leaving

4      and we're getting Judge Fox on the

5      phone and you can do the deposition in

6      front of Judge Fox.

7              MR. STOECKER:  That's what I

8      would like to do.  In fact, let's get

9      Judge Fox on the phone now.

10              MR. SATRIALE:  Go ahead.

11              MR. STOECKER:  This is

12      outrageous.

13              MR. SATRIALE:  I agree it's

14      outrageous.  You're outrageous.

15              MR. STOECKER:  Do you have his

16      number?

17              MR. SATRIALE:  No, I don't

18      have his number.

19              MR. STOECKER:  Let's go off

20      the record.

21              (Discussion off the record was

22      held.)

23              MR. SATRIALE:  Are we back on

24      the record?  I just want to say that

25      before the last time we went off the
```

68

J. Occhino

1    record, Mr. Stoecker made another

2    comment saying that either calling the

3    witness or saying that this is a joke.

4    That's the second one that he's made in

5    the last five minutes and I will raise

6    these issues with Judge Fox.  And if it

7    continues we are going to terminate the

8    deposition.

9            MR. STOECKER:  Okay.  Well I

10   disagree --

11           MR. SATRIALE:  I'm glad you

12   disagree, but there's three people here

13   that heard it.

14           MR. STOECKER:  -- with

15   Mr. Satriale's comments about what was

16   said off the record, specifically --

17           MR. SATRIALE:  And Madam Court

18   Reporter --

19           MR. STOECKER:  -- I asked the

20   witness if he thinks that this is a

21   joke.

22           MR. SATRIALE:  Madam Court

23   Reporter, I will ask you, I do not want

24   anything else of today's proceedings

74

1                    J. Occhino

2      Q.    And that number in the total

3    earnings column is what again?

4      A.    $1,033.50.

5      Q.    That was his wages for -- his

6    entire wages for the 12 weeks of the second

7    quarter?

8               MR. SATRIALE:  Objection to

9         form.

10     Q.    Is that your testimony?

11     A.    Yes.

12     Q.    Okay.  What was the entire amount

13   of tips he received in the 12 weeks of the

14   second quarter of 2001?

15     A.    $1,209.00 even.

16     Q.    I see.  Okay.  Now, does the

17   document page 04 set forth, for the second

18   quarter of 2001, set forth his net earnings?

19     A.    I don't total his net earnings.

20   It's not necessary for inputting

21   information.

22               MR. SATRIALE:  Just answer his

23         question; yes or no, or something like

24         that.

25               THE WITNESS:  I'm sorry.

76

J. Occhino

1   worked, gives you the total number.

2   Q.   What number do you use for tips?

3   A.   The numbers for each week

4   (Indicating).

5   Q.   Okay.  So, the number 93 appears

6   under the column with scribbles.  Do you see

7   that?

8   A.   Yeah, that's tips.

9   Q.   That's the tips, the weekly tips?

10  A.   Yes.

11  Q.   So this assumes that he made the

12  same amount of tips each week?

13  A.   Yes.

14  Q.   And how is that 93 determined?

15  A.   It's based on earnings and what

16  the, you know, what -- it's hard to say

17  because I don't remember, I don't remember

18  exactly how that number is calculated at

19  that particular time in '01.

20          MR. SATRIALE:  Then that's

21      your answer then.  Don't guess.

22          MR. STOECKER:  Mr. Satriale,

23      you don't have to tell him what his

24      answer is.

79

1                    J. Occhino

2        A.    I don't remember.

3        Q.    Where is it your practice to obtain

4    it generally?

5        A.    It comes from -- it comes from

6    whatever George tells me the tips are for

7    that particular person.

8        Q.    George tells you what the tips are?

9        A.    Uh-uh.

10        Q.    Does he give you anything in

11    writing?

12        A.    No.

13        Q.    When does George give you this

14    information?

15                MR. SATRIALE:   For who?

16        Objection.   For who?

17        Q.    Is it his practice to give you this

18    information at any particular time?

19        A.    Depending on when the employee

20    starts work with him.

21        Q.    Okay.   And what does when the

22    employee starts have to do with that?

23        A.    The tips are determined on whatever

24    how he calculated the tips he tells me what

25    the tips are.

82

                           J. Occhino

1

2      That's the point.  That's his answer,

3      to the best of his recollection.

4      That's his answer.

5      Q.    Okay.  What were you saying before

6   you were interrupted by your counsel?

7              MR. SATRIALE:  There's no

8      pending question.

9              MR. STOECKER:  He was just

10     talking.  You interrupted him --

11             MR. SATRIALE:  There's no

12     pending question.  Ask the question.

13     Don't try to have the witness change

14     his answer when you don't like it.

15     That's his answer, to the best of his

16     recollection.

17     Q.    Did Mr. Kelly tell you once each

18  quarter what the tips are or did he tell you

19  on more than one?

20             MR. SATRIALE:  For who?  For

21     what employee?

22             MR. STOECKER:  For each

23     employee.

24             MR. SATRIALE:  Give us an

25     employee.

89

1                    J. Occhino

2    pretty much how they give it to me.

3        Q.    Do you keep that information in any

4    location?

5        A.    Sometimes I put it on the top of

6    their sheet.

7        Q.    Okay.

8        A.    Sometimes I just do the

9    information, I put it on a piece of paper,

10   and then I make the calculations and so

11   forth.

12       Q.    Okay.  Is there anything I could

13   look at on Exhibit 6 that would tell me what

14   Mr. Morocho's hourly rate was in any of the

15   quarters, for any of the quarters reflected

16   in Exhibit 6?

17               MR. SATRIALE:  Could you show

18       him Exhibit 6?

19               MR. STOECKER:  Of course I

20       can.

21               MR. SATRIALE:  You need to

22       show him the document.

23               MR. STOECKER:  I do show it to

24       him.

25               MR. SATRIALE:  You can't keep

90
```
1                    J. Occhino

2       taking it back and forth and then ask

3       him a question when it's not in front

4       of him.

5               MR. STOECKER:  Lou, calm

6       down.  I gave it to him on each

7       occasion.

8               MR. SATRIALE:  I'm generally

9       calm.  The protocol is to give the

10      witness the same document that you're

11      looking at.

12              MR. STOECKER:  Well, you

13      produced documents here for the first

14      time today --

15              MR. SATRIALE:  Mr. Stoecker,

16      Mr. Stoecker, let me give you a news

17      flash, this is an exhibit from a prior

18      deposition.  You could have made

19      copies.  That's a news flash.

20              MR. STOECKER:  Well, you

21      should have copies of exhibits.

22              MR. SATRIALE:  I do.  The

23      witness needs one.

24              MR. STOECKER:  Why don't you

25      share yours with the witness?
```

91

1                    J. Occhino

2             MR. SATRIALE:  No, no, no,

3       you -- I don't know what documents

4       you're going to question him about.

5       You share the documents with him.

6       That's how it works.  We're not doing

7       this.  Get him a document, and don't

8       take it back from him.  Okay?  Get your

9       own document.  If you're going to ask

10      him a question about the document, I

11      want it in front of him when you're

12      asking the question.  Period.

13            MR. STOECKER:  Mr. Satriale,

14      please.  Calm down.

15            MR. SATRIALE:  I'm very calm.

16            MR. STOECKER:  Stop banging

17      your hand on the table.  Stop getting

18      in my face.

19            MR. SATRIALE:  You know what?

20      You're going to cause this court

21      reporter to have to be subpoenaed

22      because I'm not banging my hand on the

23      table.  Okay?  And what I'm telling you

24      now for the remainder of the day, if

25      you want to ask him questions about the

92

```
 1                    J. Occhino
 2      document, I want the witness to have it
 3      in front of him when you're asking a
 4      question.  Period.
 5                MR. STOECKER:  He will have --
 6                MR. SATRIALE:  Period.
 7                MR. STOECKER:  -- an
 8      opportunity to look --
 9                MR. SATRIALE:  No.  No.  No.
10                MR. STOECKER:  -- at the
11      document as often as he likes.
12                MR. SATRIALE:  No.  No.  Not
13      how it's going to work.  Not how it's
14      going to work.  You ask him a question
15      about the document, it's gotta be in
16      front of him.  Be prepared before the
17      deposition.
18      Q.   Please answer the question, sir.
19   She will read it back to you.
20                MR. STOECKER:  (Directed to
21      the reporter) Do you have in mind the
22      last question or would you like me to
23      repeat it?  Before Mr. Satriale's
24      tirade.
25                MR. SATRIALE:  No tirade,
```

93

```
 1                    J. Occhino

 2      Mr. Stoecker.  Now, you know what

 3      you're trying to do now is make up for

 4      the fact that you know you were

 5      inappropriate on two occasions and I

 6      promise you Judge Fox will hear about

 7      this Monday morning.  First thing

 8      Monday morning, you'll hear about it.

 9      Now, you're trying to make up for that,

10      because you know you screwed up --

11              MR. STOECKER:  Mr. Satriale,

12      please don't lean forward and get in my

13      face like that.  Okay?

14              MR. SATRIALE:  I have not

15      moved forward.  You know what,

16      Mr. Stoecker, you're going to cause

17      this court reporter to have to be

18      subpoenaed in front of Judge Fox.

19              MR. STOECKER:  Please, put

20      your hand down and don't point your

21      finger at people like that,

22      Mr. Satriale.

23              MR. SATRIALE:  Mr. Stoecker,

24      you're now totally misrepresenting what

25      I'm doing.
```

94

```
1                    J. Occhino

2              MR. STOECKER:  Is your finger

3    up in the air pointing --

4              MR. SATRIALE:  My finger is in

5    between myself and my client.

6              MR. STOECKER:  Please.

7    Don't.

8              MR. SATRIALE: Mr. Stoecker,

9    stop the games.

10             MR. STOECKER:  Let's proceed

11   with the deposition.

12             MR. SATRIALE:  You know what?

13   We're calling Judge Fox.  We're

14   adjourning the deposition.  I'm going

15   to reach out to Judge Fox and see if I

16   can --

17             MR. STOECKER:  Let's call him

18   right now.

19             MR. SATRIALE:  Yeah, that's

20   what I'm going to do.

21             MR. STOECKER:  Well, let's get

22   him on a conference phone --

23             MR. SATRIALE:  You got a

24   conference phone?

25             MR. STOECKER:  Well, this not
```

# EXHIBIT C

83amoroctp

1  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
2  -------------------------------------x

3  FREDDY M. MOROCHO, WALTER TACURE,
   on behalf of themselves and others
4  similarly situated,

5                  Plaintiffs,

6          v.                           07 Civ. 2979(CLB)(MDF)

7

8  GEORGE C. KELLY and NYACK COLONIAL
   CAR WASH, INC.,

9                  Defendants.

10 -------------------------------------x

11                                  United States Courthouse
                                    White Plains, N.Y.
12                                  March 10, 2008

13

14 Before:
                    THE HONORABLE MARK D. FOX,
15
                                    Magistrate Judge
16

17

18                        APPEARANCES

19
   LAW OFFICES OF KARL J. STOECKER
20      Attorneys for Plaintiffs
   KAREN L. ZDANIS
21 KARL STOECKER

22
   GEHRING & SATRIALE, LLC
23      Attorneys for Defendants
   LOUIS R. SATRIALE, JR.
24

25 *Proceedings recorded via electronic recording device.

              CHRISTINA M. ARENDS-DIECK, RPR, RMR, CRR
                          (914)390-4103

1   plaintiff's counsel.

2           Who made the objection?

3           Mr. Satriale, let me hear what the objection is.

4           MR. SATRIALE:  It wasn't a formal objection, your

5   Honor.  What happened was, about an hour or so into the

6   deposition, Mr. Stoecker looked at the court reporter and said,

7   "Off the record."  He then looked at Mr. Akino and said, "This

8   is a joke.  You're an embarrassment."  I then told the court

9   reporter to immediately go back on the record.  I advised

10  Mr. Stoecker that saying "this is a joke; you're an

11  embarrassment" was totally inappropriate.  And as your Honor

12  knows, Mr. Akino rearranged his schedule in order to be

13  available on Friday.

14          The deposition then continued.  What he began doing at

15  that point was saying I was doing certain things that I wasn't

16  doing.  Shortly after this back and forth, he said,

17  "Mr. Satriale, stop banging on the table."  At the time, your

18  Honor, I was sitting still next to Mr. Akino not banging on the

19  table.  Then I said to him -- at that point, I said,

20  "Mr. Stoecker, what you're going to cause to happen is I'm

21  going to have to subpoena the court reporter in order to come

22  down to show that I wasn't banging on the table when you said I

23  was banging on the table.  I know what you're doing.  You said

24  something inappropriate to my witness.  You got caught.  And

25  now you're trying to make things up that I'm doing."  Then he

CHRISTINA M. ARENDS-DIECK, RPR, RMR, CRR
(914)390-4103