# Gehring & Satriale LLC

Louis R. Satriale, Jr.
(212) 400-7422
lsatriale@GTSLaw.com

370 Lexington Avenue
Suite 1200
New York, New York 10017
(212) 400-7420
(212) 400-7440 (fax)

April 28, 2008

BY FEDERAL EXPRESS
Hon. Mark D. Fox
United States Magistrate Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

[Stamp: RECEIVED IN CHAMBERS APR 29 2008 MARK D. FOX USMJ SDNY]

Re:  Freddy M. Morocho et al. v. George C. Kelly et al.
     07 Civ. 2979 (CLB) (MDF)

Dear Judge Fox:

We represent the Defendants in the above-referenced matter. I write to respectfully request a one week extension of time (from Thursday, May 1st to Thursday, May 8th) to respond to the several requests for information/documents that you made after the evidentiary hearing on April 24th. I make this request for a number of reasons. Certain documents that you requested need to be located by Defendants (Mr. Kelly returned to work today from a family vacation last week), forwarded to me and then copied before I will be able to send them to you. In addition, until Thursday of this week, I will be alone in my office (covering multiple matters) because my partner is out of the country. Finally, I am also currently working on the submission that is due to you on Friday, May 2nd related to the evidentiary hearing.

Respectfully submitted,

Louis R. Satriale, Jr.

cc:  Karen Zdanis, Esq. (by Federal Express)
     Counsel for Plaintiffs

     Karl Stoecker, Esq. (by Federal Express)
     Counsel for Plaintiffs

4/29/08    Application Granted
           So Ordered

MARK D. FOX
United States Magistrate Judge
Southern District of New York