Karen L. Zdanis, Esq. (KZ-3651)
383 South Mountain Road
New City, New York 10956
(845) 356-0855

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FREDDY M. MOROCHO, WALTER TACURE on behalf of themselves and others similarly situated, | INDEX NUMBER: 07 CIV. 2979 (MDF)(CLB) |
| Plaintiffs, | NOTICE OF CHANGE OF ADDRESS |
| - against - | |
| GEORGE C. KELLY, and NYACK COLONIAL CAR WASH, INC. | |
| Defendants. | |

PLEASE TAKE NOTICE that the law firm of Karen L. Zdanis, Esq. will be moving its offices. The new address, as of May 1, 2008 will be:

Karen L. Zdanis, Esq.
383 South Mountain Road
New City, New York 10956
Tel.(845) 356-0855
Fax (845) 215-0069

Dated: April 30, 2008

_____
Karen L. Zdanis, Esq.
383 South Mountain Rd.
New City, New York 10956
(845) 356-0855
ATTORNEY FOR PLAINTIFFS