# EXHIBIT I

**NYS-45-ATT**
(1/00)

## Quarterly Combined Withholding, Wage Reporting and Unemployment Insurance Return - Attachment



60019912

UI Employer Registration Number    7593675 9

Withholding Identification Number    132700801    2

**A.** This return covers the period indicated below:

| Jan 1-Mar 31 | Apr 1-Jun 30 | July 1-Sep 30 | Oct 1-Dec 31 | Tax Year |
|---|---|---|---|---|
| 1 | 2 | X 3 | 4 | 0 2 Y Y |

Check applicable box(es):

Employer Legal Name

NYACK COLONIAL CAR WASH, INC.

**B.** Other wages only reported on this page ..........

**C.** If seasonal employer, check box .........................

| Quarterly employee/payee wage reporting information | | | Annual wage and withholding totals<br>If this return is for the 4th quarter or the last return you will be filing for the calendar year, complete columns (d) and (e). | |
|---|---|---|---|---|
| (a) Social security number | (b) Last name, first name, middle initial | (c) UI total remuneration/gross wages paid this quarter | (d) Gross wages subject to withholding | (e) Total tax withheld |
| 122 86 1549 | Murocho Freddy | 2242 50 | | |
| ▉▉▉▉▉ | ▉▉▉▉▉ | ▉▉▉▉ | | |
| ▉▉▉▉▉ | ▉▉▉▉▉ | ▉▉▉▉ | | |
| ▉▉▉▉▉ | ▉▉▉▉▉ | ▉▉▉▉ | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Page No. _____ of _____    **Total this page only** ...

If first page, enter grand totals
of all pages ........................

Mail to: **NYS EMPLOYMENT TAXES**
**CHURCH STREET STATION**
**PO BOX 1417**
**NEW YORK NY 10008-1417**

For office use only
Postmark

Received date

D000036

**NYS-45-ATT**
(1/00)

# Quarterly Combined Withholding, Wage Reporting and Unemployment Insurance Return - Attachment



60019912

UI Employer Registration Number    7593675 9

Withholding Identification Number    132700801    2

**A. This return covers the period indicated below:**

| Jan 1-<br>Mar 31 | Apr 1-<br>Jun 30 | July 1-<br>Sep 30 | Oct 1-<br>Dec 31 | Tax<br>Year |
|---|---|---|---|---|
| 1 | 2 | 3 | X 4 | 0 2<br>Y Y |

Check applicable box(es):

**Employer Legal Name**

NYACK COLONIAL CAR WASH, INC.

**B. Other wages only reported on this page** ..........

**C. If seasonal employer, check box** ........................

| | | | Annual wage and withholding totals |
|---|---|---|---|
| **Quarterly employee/payee wage reporting information** | | | If this return is for the 4th quarter or the last return you will be filing for the calendar year, complete columns (d) and (e). |

| (a) Social security number | (b) Last name, first name, middle initial | (c) UI total remuneration/gross wages paid this quarter | (d) Gross wages subject to withholding | (e) Total tax withheld |
|---|---|---|---|---|
| 122 861549 | MOROCHO FREEDY | 2242 50 | 897 00 | 46 86 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Page No. 1 of 1    **Total this page only** ....

If first page, enter grand totals
of all pages ........................

Mail to: **NYS EMPLOYMENT TAXES**
**CHURCH STREET STATION**
**PO BOX 1417**
**NEW YORK NY 10008-1417**

For office use only
Postmark                Received date

D000039

# NYS-45 (1/00)

## Quarterly Combined Withholding, Wage Reporting and Unemployment Insurance Return

40019918

*FOR OFFICE USE ONLY*
Postmark

Reference these numbers in all correspondence:

**UI Employer Registration Number** 7593675 9

**Withholding Identification Number** 132700801 2

**Employer Legal Name**

NYACK COLONIAL CAR WASH, INC.

This return covers the period indicated below:

| X Jan 1 - Mar 31 | Apr 1 - Jun 30 | July 1 - Sep 30 | Oct 1 - Dec 31 | 0 3 |
|---|---|---|---|---|
| 1 | 2 | 3 | 4 | Y Y |

Due Date: Apr. 30, 2003
If seasonal employer, check box

Received Date

**Number of Employees**
Enter the number of full-time and part-time covered employees who worked during or received pay for the week that includes the 12th day of each month.

| a. First Month | b. Second Month | c. Third Month | |
|---|---|---|---|
| 5 | 5 | 5 | UI SK   AI   SI   WT SK |

### Part A - Unemployment Insurance (UI) Information

1. Total remuneration paid this quarter ............ 23718 00
2. Remuneration paid this quarter to each employee in excess of $8,500 since January 1 .......... 1340 00
3. Wages subject to contribution (subtract line 2 from line 1) .. 22378 00
4. UI contributions due Your tax rate is 1.425 % (multiply line 3 x .01425 ) 318 89
5. Re-employment service fund (multiply line 3 x .00075) .. 16 78
6. UI previously underpaid with interest
7. Total of lines 4, 5, and 6 ..... 335 67
8. Enter UI previously overpaid....
9. Total UI amounts due (if line 7 is greater than line 8, enter difference). 335 67
10. Total UI overpaid (if line 8 is greater than line 7, enter difference and check box 11 below)
11. Apply to outstanding liabilities and/or refund .....................

### Part B - Withholding Tax (WT) Information

12. New York State tax withheld ...................... 561 80
13. City of New York tax withheld ......................
14. City of Yonkers tax withheld ......................
15. Total tax withheld (add lines 12, 13 and 14) .......... 561 80
16. WT credit from previous quarter's return (see instr.) ..
17. NYS-1 payments already made for this quarter ........... 600 00
18. Total payments (add lines 16 and 17) ..... 600 00
19. Total WT amount due (if line 15 is greater than line 18, enter difference)
20. Total WT overpaid (if line 18 is greater than line 15, enter difference here and check 20a or 20b)* 38 20
20a. Apply to outstanding liabilities and/or refund ...   or   20b. Credit to next quarter withholding tax ......... X

21. Total payment due (add lines 9 and 19; make one remittance payable to NYS Employment Taxes) .........

**\* AN OVERPAYMENT OF EITHER TAX CANNOT BE USED TO OFFSET THE AMOUNT DUE ON THE OTHER TAX**
Complete Parts D and E on back of form, if required. This is a scannable form; please file the original.

### Part C – Employee Wage and Withholding Information

Quarterly employee/payee wage reporting information (if more than 5 employees or if reporting other wages, DO NOT make entries in this section; complete Form NYS-45-ATT).

**Annual wage and withholding totals**
If this return is for the 4th quarter or the last return you will be filing for the calendar year, complete columns (d) and (e).

| (a) Social security number | (b) Last name, first name, middle initial | (c) UI total remuneration/ gross wages paid this quarter | (d) Gross wages subject to withholding | (e) Total tax withheld |
|---|---|---|---|---|
| 122861549 | MOROCHO FREDDY | 2242 50 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Totals (Column (c) must equal remuneration on line 1; see instructions for exceptions.) ........

**Sign your return:** I certify that the information on this return is to the best of my knowledge and belief true, correct and complete.

Taxpayer's signature     Signer's name (please print)     Title

D000042

**NYS-45-ATT**
(1/00)

## Quarterly Combined Withholding, Wage Reporting and Unemployment Insurance Return - Attachment



60019912

UI Employer Registration Number   7593675 9

Withholding Identification Number   132700801       2

Employer Legal Name
NYACK COLONIAL CAR WASH, INC.

A. This return covers the period indicated below:

| Jan 1– Mar 31 | X Apr 1– Jun 30 | July 1– Sep 30 | Oct 1– Dec 31 | 0 3 Tax Year |
|---|---|---|---|---|
| 1 | 2 | 3 | 4 | Y Y |

Check applicable box(es):

B.  Other wages only reported on this page ...........

C.  If seasonal employer, check box ........................



| (a) Social security number | (b) Last name, first name, middle initial | (c) UI total remuneration/gross wages paid this quarter | (d) Gross wages subject to withholding | (e) Total tax withheld |
|---|---|---|---|---|
| 122861549 | MUROCITO FREDDY | 224250 | | |

Quarterly employee/payee wage reporting information

Annual wage and withholding totals
If this return is for the 4th quarter or the last return you will be filing for the calendar year, complete columns (d) and (e).

Page No. 1 of 1     **Total this page only** ....
If first page, enter grand totals
of all pages ..........................

For office use only
Postmark                Received date

Mail to: **NYS EMPLOYMENT TAXES
CHURCH STREET STATION
PO BOX 1417
NEW YORK NY 10008-1417**

D000046

**NYS-45-ATT**
(1/00)

## Quarterly Combined Withholding, Wage Reporting and Unemployment Insurance Return - Attachment



UI Employer Registration Number    7593675 9

Withholding Identification Number    132700801    2

60019912

**A. This return covers the period indicated below:**

| Jan 1-<br>Mar 31 | Apr 1-<br>Jun 30 | July 1-<br>Sep 30 | Oct 1-<br>Dec 31 | Tax<br>Year |
|---|---|---|---|---|
| 1 | 2 X | 3 | 4 | 0 3<br>Y Y |

Employer Legal Name

NYACK COLONIAL CAR WASH, INC.

Check applicable box(es):

**B.** Other wages only reported on this page ...........

**C.** If seasonal employer, check box .........................

| Quarterly employee/payee wage reporting information | | | Annual wage and withholding totals<br>If this return is for the 4th quarter or the last return you will be filing for the calendar year, complete columns (d) and (e). | |
|---|---|---|---|---|
| (a) Social security number | (b) Last name, first name, middle initial | (c) UI total remuneration/gross wages paid this quarter | (d) Gross wages subject to withholding | (e) Total tax withheld |
| 122 86 1549 | MOROCHO FREEDY | 2242 50 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Page No. __1__ of __1__    Total this page only ....

If first page, enter grand totals
of all pages .........................

For office use only
Postmark

Received date

Mail to: **NYS EMPLOYMENT TAXES
CHURCH STREET STATION
PO BOX 1417
NEW YORK NY 10008-1417**

**NYS-45-ATT**
*(1/00)*

## Quarterly Combined Withholding, Wage Reporting and Unemployment Insurance Return-Attachment



60012913

UI Employer Registration Number  7593675  9

Withholding Identification Number  132700801    2

**Employer Legal Name**

NYACK COLONIAL CAR WASH, INC.

Check applicable box(es):

A. Original    or Amended Return

| Jan 1 - Mar 31 | Apr 1 - Jun 30 | July 1 - Sep 30 | Oct 1 - Dec 31 | Tax Year |
|---|---|---|---|---|
| 1 | 2 | 3 | 4  X | 03  Y Y |

B. Other wages only reported on this page . . .

C. If seasonal employer, check box . . . . . . . . . .

| Quarterly employee/payee wage reporting information | | | Annual wage and withholding totals If this return is for the 4th quarter or the last return you will be filing for the calendar year, complete columns (d) and (e). | |
|---|---|---|---|---|
| (a) Social security no. | (b) Last name, first name, middle initial | (c) UI total remuneration/gross wages paid this quarter | (d) Gross wages subject to withholding | (e) Total tax withheld |
| 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 | MORPCHO  FREEDY | 2,242.50 | 8,970.00 | 46.80 |
| ████████ | ████████████████ | ████████ | ████████ | |
| ████████ | ████████████████ | ████████ | | |
| ████████ | ████████████████ | ████████ | ████████ | |
| ████████ | ████████████████ | ████████ | ████████ | |
| ████████ | ████████████████ | ████████ | ████████████ | |

Page No. 1 of 1    **Total this page only** . . . . .
**If first page, enter grand totals of all pages** . . . . . . . . . . . . . . . .     ██████████████████████

If you are using a paid preparer or a payroll service, the section below must be completed:

| Paid Preparer's Use | Preparer's signature | Telephone number ( ) | Date | Check if self-employed — | Preparer's SSN or PTIN |
|---|---|---|---|---|---|
| | Preparer's firm name (or yours, if self-employed) | Address | | | Preparer's EIN |
| Payroll service name | | Payroll service address | | Payroll Service's EIN | |

D00005

# NYS-45 (1/00)

## Quarterly Combined Withholding, Wage Reporting and Unemployment Insurance Return

Reference these numbers in all correspondence:

UI Employer Registration Number **7593675 9**

Withholding Identification Number **132700801 2**

Employer Legal Name

**NYACK COLONIAL CAR WASH, INC.**

40019918

**FOR OFFICE USE ONLY**
Postmark

Received Date

This return covers the period indicated below:

| | Jan 1 - Mar 31 | Apr 1 - Jun 30 | July 1 - Sep 30 | Oct 1 - Dec 31 | Y Y |
|---|---|---|---|---|---|
| | X 1 | 2 | 3 | 4 | 0 4 |

Due Date: Apr. 30, 2004

If seasonal employer, check box

**Number of Employees**
Enter the number of full-time and part-time covered employees who worked during or received pay for the week that includes the 12th day of each month.

| a. First Month | b. Second Month | c. Third Month | | | | |
|---|---|---|---|---|---|---|
| 5 | 5 | 5 | UI SK | AI | SI | WT SK |

## Part A - Unemployment Insurance (UI) Information

| | |
|---|---|
| 1. Total remuneration paid this quarter | 22718 00 |
| 2. Remuneration paid this quarter to each employee in excess of $8,500 since January 1 | 1250 00 |
| 3. Wages subject to contribution (subtract line 2 from line 1) | 21468 00 |
| 4. UI contributions due Your tax rate is 1.425 % (multiply line 3 × .01425) | 305 92 |
| 5. Re-employment service fund (multiply line 3 × .00075) | 16 10 |
| 6. UI previously underpaid with interest | |
| 7. Total of lines 4, 5, and 6 | 322 02 |
| 8. Enter UI previously overpaid | |
| 9. Total UI amounts due (if line 7 is greater than line 8, enter difference) | 322 02 |
| 10. Total UI overpaid (if line 8 is greater than line 7, enter difference and check box 11 below)* | |
| 11. Apply to outstanding liabilities and/or refund | |

## Part B - Withholding Tax (WT) Information

| | |
|---|---|
| 12. New York State tax withheld | 661 05 |
| 13. City of New York tax withheld | |
| 14. City of Yonkers tax withheld | |
| 15. Total tax withheld (add lines 12, 13 and 14) | 661 05 |
| 16. WT credit from previous quarter's return (see instr.) | |
| 17. NYS-1 payments already made for this quarter | |
| 18. Total payments (add lines 16 and 17) | |
| 19. Total WT amount due (if line 15 is greater than line 18, enter difference) | 661 05 |
| 20. Total WT overpaid (if line 18 is greater than line 15, enter difference here and check 20a or 20b)* | |
| 20a. Apply to outstanding liabilities and/or refund | **or** 20b. Credit to next quarter withholding tax |
| 21. Total payment due (add lines 9 and 19; make one remittance payable to NYS Employment Taxes) | 983 07 |

**\* AN OVERPAYMENT OF EITHER TAX CANNOT BE USED TO OFFSET THE AMOUNT DUE ON THE OTHER TAX**
Complete Parts D and E on back of form, if required. This is a scannable form; please file the original.

## Part C — Employee Wage and Withholding Information

Quarterly employee/payee wage reporting information (if more than 5 employees or if reporting other wages, DO NOT make entries in this section; complete Form NYS-45-ATT).

Annual wage and withholding totals
If this return is for the 4th quarter or the last return you will be filing for the calendar year, complete columns (d) and (e).

| (a) Social security number | (b) Last name, first name, middle initial | (c) UI total remuneration/ gross wages paid this quarter | (d) Gross wages subject to withholding | (e) Total tax withheld |
|---|---|---|---|---|
| 122 86 1549 | MoRocho FREDY | 2242 50 | | |
| | | | | |
| | | | | |
| | | | | |

Totals (Column (c) must equal remuneration on line 1; see instructions for exceptions.)

Sign your return: I certify that the information on this return is to the best of my knowledge and belief true, correct and complete.

| Taxpayer's signature | Signer's name (please print) | Title |
|---|---|---|
| | | |

D000059

**NYS-45-ATT**
(1/00)

## Quarterly Combined Withholding, Wage Reporting and Unemployment Insurance Return - Attachment



60019912

UI Employer Registration Number    `7593675 9`

Withholding Identification Number    `132700801    2`

**A.** This return covers the period indicated below:

| Jan 1–<br>Mar 31 | | Apr 1–<br>Jun 30 | | July 1–<br>Sep 30 | | Oct 1–<br>Dec 31 | | Tax<br>Year |
|---|---|---|---|---|---|---|---|---|
| 1 | | 2 X | | 3 | | 4 | | 0 4<br>Y Y |

Check applicable box(es):

Employer Legal Name

NYACK COLONIAL CAR WASH, INC.

**B.** Other wages only reported on this page ...........

**C.** If seasonal employer, check box .........................

| Quarterly employee/payee wage reporting information | | | Annual wage and withholding totals<br>If this return is for the 4th quarter or the last<br>return you will be filing for the calendar year,<br>complete columns (d) and (e). | |
|---|---|---|---|---|
| **(a)** Social security number | **(b)** Last name, first name, middle initial | **(c)** UI total remuneration/gross wages paid this quarter | **(d)** Gross wages subject to withholding | **(e)** Total tax withheld |
| 1 2 2 8 6 1 5 4 9 | MOROCHO FREDDY | 4550 00 | | |
| ███████ | ███████ | ███████ | | |
| ███████ | ███████ | ███████ | | |
| ███████ | ███████ | ███████ | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Page No. __/__ of __/__    Total this page only ....

If first page, enter grand totals of all pages .........................

Mail to: **NYS EMPLOYMENT TAXES**
**CHURCH STREET STATION**
**PO BOX 1417**
**NEW YORK NY 10008-1417**

For office use only
Postmark

Received date

D000063

**NYS-45-ATT**
(7/04)

## Quarterly Combined Withholding, Wage Reporting and Unemployment Insurance Return - Attachment



60419910

UI Employer Registration Number **7593675 9**

Withholding Identification Number **132700801     2**

**A.** This return covers the period indicated below:

| Jan 1-<br>Mar 31 | Apr 1-<br>Jun 30 | X July 1-<br>Sep 30 | Oct 1-<br>Dec 31 | 0 4 Tax<br>Year |
|---|---|---|---|---|
| 1 | 2 | 3 | 4 | Y Y |

Mark an *X* in the applicable box(es):

**B.** Other wages only reported on this page ..........

Employer Legal Name

**NYACK COLONIAL CAR WASH, INC.**

**C.** If seasonal employer, check box ......................

| Quarterly employee/payee wage reporting information | | | Annual wage and withholding totals |
|---|---|---|---|
| | | | If this return is for the 4th quarter or the last return you will be filing for the calendar year, complete columns (d) and (e). |

| (a) Social security number | (b) Last name, first name, middle initial | (c) UI total remuneration/gross wages paid this quarter | (d) Gross wages subject to withholding | (e) Total tax withheld |
|---|---|---|---|---|
| 1 2 2 8 6 i 5 4 9 | Morocho Freedy | 4550 00 | | |
| ███████████ | ████████ | ██████ | | |
| ███████████ | ████████ | ██████ | | |
| ███████████ | ████████ | ██████ | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Page No. ___ of ___      Total this page only ....
If first page, enter grand totals
of all pages ...........................

For office use only
Postmark

Received date

D000066

**NYS-45-ATT**
(10/04)

## Quarterly Combined Withholding, Wage Reporting and Unemployment Insurance Return - Attachment



60429919

UI Employer Registration Number  7593675 9

Withholding Identification Number  132700801    2

Employer Legal Name  **NYACK COLONIAL CAR WASH, INC.**

A. This return covers the period indicated below:

| Jan 1-<br>Mar 31 | Apr 1-<br>Jun 30 | July 1-<br>Sep 30 | X Oct 1-<br>Dec 31 | 0 4 Tax<br>Year |
|---|---|---|---|---|
| 1 | 2 | 3 | 4 | Y Y |

Mark an X in the applicable box(es):

B. Other wages only reported on this page ..........

C. If seasonal employer, mark box ..........................

| Quarterly employee/payee wage reporting Information | | | Annual wage and withholding totals<br>If this return is for the 4th quarter or the last return you will be filing for the calendar year, complete columns (d) and (e). | | |
|---|---|---|---|---|---|
| (a) Social security number | (b) Last name, first name, middle initial | (c) UI total remuneration/gross wages paid this quarter | (d) Gross wages subject to withholding | | (e) Total tax withheld |
| 122 86 1549 | MOROCHO FREDDY | 4550 00 | 15892 50 | | 370 50 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Page No. _1_ of _1_    **Total this page only** ....
If first page, enter grand totals
of all pages .........................

Mail to: **NYS EMPLOYMENT TAXES**
**PO BOX 4119**
**BINGHAMTON NY 13902-4119**

For office use only
Postmark                Received date

D000070

**NYS-45-ATT**
(1/05)

## Quarterly Combined Withholding, Wage Reporting, And Unemployment Insurance Return - Attachment



60519917

UI Employer registration number **7593675 9**

Withholding identification number **132700801**    **2**

Employer legal name **NYACK COLONIAL CAR WASH, INC**

Mark an *X* in the applicable box(es):

A.  This return covers the period indicated below:

| Jan 1 -<br>Mar 31 | **X** | Apr 1 -<br>Jun 30 | | July 1 -<br>Sep 30 | | Oct 1 -<br>Dec 31 | | Tax<br>year | **0 5** |
|---|---|---|---|---|---|---|---|---|---|
| | **1** | | **2** | | **3** | | **4** | | **Y Y** |

B.  Other wages only reported on this page ................

C.  Seasonal employer ...........................................

| | Quarterly employee/payee wage reporting information | | Annual wage and withholding totals<br>If this return is for the 4th quarter or the last return you will be filing for the calendar year, complete columns d and e. | |
|---|---|---|---|---|
| **a** Social security number | **b** Last name, first name, middle initial | **c** UI total remuneration/gross wages paid this quarter | **d** Gross wages or distribution (see instr.) | **e** Total tax withheld |
| 122861549 | Morocho Freddy | 4550 00 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Page No. _ᴵ_ of _ᴵ_    **Total this page only** ....

If first page, enter grand totals
of all pages ........................

| Contact information<br>(see instructions) | Name | | Daytime telephone number<br>( ) |
|---|---|---|---|

Mail to: **NYS EMPLOYMENT TAXES**
**PO BOX 4119**
**BINGHAMTON NY 13902-4119**

For office use only
Postmark        Received date

**NYS-45-ATT** (1/05) **Quarterly Combined Withholding, Wage Reporting, And Unemployment Insurance Return - Attachment**



60519917

UI Employer registration number  7593675 9

Withholding identification number  132700801  2

Employer legal name  NYACK COLONIAL CAR WASH, IN

Mark an *X* in the applicable box(es):

**A.** This return covers the period indicated below:

| Jan 1 - Mar 31 | Apr 1 - Jun 30 | July 1 - Sep 30 | Oct 1 - Dec 31 | Tax year |
|---|---|---|---|---|
| 1 | X 2 | 3 | 4 | 0 5 Y Y |

**B.** Other wages only reported on this page ..............

**C.** Seasonal employer ...........................................

| | Quarterly employee/payee wage reporting information | | Annual wage and withholding totals |
|---|---|---|---|

If this return is for the 4th quarter or the last return you will be filing for the calendar year, complete columns d and e.

| a Social security number | b Last name, first name, middle initial | c UI total remuneration/gross wages paid this quarter | d Gross wages or distribution (see instr.) | e Total tax withheld |
|---|---|---|---|---|
| 122861549 | Morocho Freddy | 4550 00 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Page No. 1  of

**Total this page only** ....
If first page, enter grand totals of all pages ..........................

| Contact information (see instructions) | Name | | Daytime telephone number ( ) |
|---|---|---|---|

Mail to: **NYS EMPLOYMENT TAXES**
PO BOX 4119
BINGHAMTON NY 13902-4119

For office use only
Postmark                Received date



D000080

# NYS-45-ATT
(1/05)

## Quarterly Combined Withholding, Wage Reporting, And Unemployment Insurance Return - Attachment



60519917

UI Employer registration number 7593675 9

Withholding identification number 132700801     2

Employer legal name NYACK COLONIAL CAR WASH, I

**Mark an X in the applicable box(es):**

**A.** This return covers the period indicated below:

| Jan 1 - Mar 31 1 | Apr 1 - Jun 30 2 | July 1 - Sep 30 X 3 | Oct 1 - Dec 31 4 | Tax year 0 5 Y Y |

**B.** Other wages only reported on this page ...........

**C.** Seasonal employer ...................................

| Quarterly employee/payee wage reporting information | | | Annual wage and withholding totals |
|---|---|---|---|
| | | | If this return is for the 4th quarter or the last return you will be filing for the calendar year, complete columns d and e. |

| a Social security number | b Last name, first name, middle initial | c UI total remuneration/gross wages paid this quarter | d Gross wages or distribution (see instr.) | e Total tax withheld |
|---|---|---|---|---|
| 1 2 2 8 6 1 5 4 9 | MOROCHO FREEDY | 4 5 5 0 0 0 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Page No. 1 of 1    **Total this page only** ....

If first page, enter grand totals of all pages .........................

| Contact information (see instructions) | Name | | Daytime telephone number ( ) |
|---|---|---|---|

For office use only
Postmark

Received date

Mail to: **NYS EMPLOYMENT TAXES**
**PO BOX 4119**
**BINGHAMTON NY 13902-4119**

D000084

**NYS-45-ATT** (1/05) **Quarterly Combined Withholding, Wage Reporting, And Unemployment Insurance Return - Attachment**



60519917

UI Employer registration number 7593675 9

Withholding identification number 132700801    2

Employer legal name NYACK COLONIAL CAR WASH, I

Mark an *X* in the applicable box(es):

**A.** This return covers the period indicated below:

| Jan 1 - Mar 31 | Apr 1 - Jun 30 | July 1 - Sep 30 | Oct 1 - Dec 31 | Tax year |
|---|---|---|---|---|
| 1 | 2 | 3 | X  4 | 0 5  Y Y |

**B.** Other wages only reported on this page ...............

**C.** Seasonal employer .......................................................

| | Quarterly employee/payee wage reporting information | | Annual wage and withholding totals | |
|---|---|---|---|---|
| | | | If this return is for the 4th quarter or the last return you will be filing for the calendar year, complete columns d and e. | |
| a Social security number | b Last name, first name, middle initial | c UI total remuneration/gross wages paid this quarter | d Gross wages or distribution (see instr.) | e Total tax withheld |
| 1 2 2 8 6 1 5 4 9 | MOROCHO FREEDY | 4 5 5 0   0 0 | 1 8 2 0 0   0 0 | 4 7 8   4 0 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Page No. _1_ of _1_    Total this page only ....

If first page, enter grand totals of all pages ..........................

| Contact information (see instructions) | Name | | Daytime telephone number ( ) |
|---|---|---|---|

For office use only
Postmark          Received date

D000088

**NYS-45-ATT**
(1/06)

## Quarterly Combined Withholding, Wage Reporting, And Unemployment Insurance Return - Attachment



60619914

UI Employer registration number   7593675 9

Withholding identification number   132700601   2

Mark an *X* in the applicable box(es):
A.   This return covers the period indicated below:

| Jan 1 - Mar 31 | X | Apr 1 - Jun 30 | July 1 - Sep 30 | Oct 1 - Dec 31 | Tax year | 0 6 |
|---|---|---|---|---|---|---|
| 1 | | 2 | 3 | 4 | | Y Y |

Employer legal name  NYACK COLONIAL CAR WASH, INC.

B.   Other wages only reported on this page .................

C.   Seasonal employer .........................................

| Quarterly employee/payee wage reporting information | | | Annual wage and withholding totals If this return is for the 4th quarter or the last return you will be filing for the calendar year, complete columns d and e. | |
|---|---|---|---|---|
| a   Social security number | b   Last name, first name, middle initial | c   UI total remuneration/gross wages paid this quarter | d   Gross wages or distribution *(see instr.)* | e   Total tax withheld |
| 122 86 1 599 | Morocho Freddy | 4550 00 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Page No. _1_ of _____   **Total this page only** .....

**If first page, enter grand totals of all pages** ...............................

| Contact information *(see instructions)* | Name | | Daytime telephone number ( ) |
|---|---|---|---|

*For office use only*
Postmark          Received date

Mail to:  **NYS EMPLOYMENT TAXES
PO BOX 4119
BINGHAMTON NY 13902-4119**

D000094

**NYS-45-ATT** (1/06)

## Quarterly Combined Withholding, Wage Reporting, And Unemployment Insurance Return-Attachment



60619914

UI Employer registration number 7593675 9

Withholding identification number 132700801  2

**Mark an X in the applicable box(es):**
**A.** This return covers the period indicated below:

| Jan 1 - Mar 31 | Apr 1 - Jun 30 | July 1 - Sep 30 | Oct 1 - Dec 31 | Tax year |
|---|---|---|---|---|
| 1 | X 2 | 3 | 4 | 0 6 Y Y |

Employer legal name NYACK COLONIAL CAR WASH, INCB. Other wages only reported on this page ...............

**C.** Seasonal employer .........................................

| | Quarterly employee/payee wage reporting information | | Annual wage and withholding totals |
|---|---|---|---|
| | | | If this return is for the 4th quarter or the last return you will be filing for the calendar year, complete columns d and e. |

| a Social security number | b Last name, first name, middle initial | c UI total remuneration/gross wages paid this quarter | d Gross wages or distribution (see instr.) | e Total tax withheld |
|---|---|---|---|---|
| 122861549 | MOROCHO FREDDY | 455000 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Page No. ___1___ of ___1___   Total this page only .....

If first page, enter grand totals of all pages................................

| Contact information *(see instructions)* | Name | | Daytime telephone number ( ) |
|---|---|---|---|

For office use only
Postmark          Received date

Mail to: **NYS EMPLOYMENT TAXES**
**PO BOX 4119**
**BINGHAMTON NY 13902-4119**

# NYS-45-ATT (7/06)

## Quarterly Combined Withholding, Wage Reporting, And Unemployment Insurance Return-Attachment



60629913

UI Employer registration number **7593675 9**

Withholding identification number **132700801   2**

**Mark an X in the applicable box(es):**

**A.** This return covers the period indicated below:

| Jan 1 - Mar 31 | Apr 1 - Jun 30 | July 1 - Sep 30 | Oct 1 - Dec 31 | Tax year |
|---|---|---|---|---|
| 1 | 2 | **X** 3 | 4 | **0 6** Y Y |

Employer legal name **NYACK COLONIAL CAR WASH, IN**

**B.** Other wages only reported on this page .................

**C.** Seasonal employer ...........................................

| Quarterly employee/payee wage reporting information *(Do not enter negative numbers in columns c, d, and e; see instructions)* | | | Annual wage and withholding totals *If this return is for the 4th quarter or the last return you will be filing for the calendar year, complete columns d and e.* | |
|---|---|---|---|---|
| a Social security number | b Last name, first name, middle initial | c UI total remuneration/gross wages paid this quarter | d Gross wages or distribution *(see instr.)* | e Total tax withheld |
| 122861549 | Morocho Freddy | 4550 00 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Page No. 1 of ___   **Total this page only** .....

**If first page, enter grand totals of all pages** ...........................

| Contact information *(see instructions)* | Name | | Daytime telephone number ( ) |
|---|---|---|---|

Mail to: **NYS EMPLOYMENT TAXES**
**PO BOX 4119**
**BINGHAMTON NY 13902-4119**

D000102

**NYS-45-ATT** (7/06)

## Quarterly Combined Withholding, Wage Reporting, And Unemployment Insurance Return - Attachment

60629913

UI Employer registration number  **7593675 9**

Withholding identification number  **132700801    2**

Employer legal name  **NYACK COLONIAL CAR WASH, IN**

Mark an *X* in the applicable box(es):

**A.** This return covers the period indicated below:

| Jan 1 - Mar 31 **1** | Apr 1 - Jun 30 **X** **2** | July 1 - Sep 30 **3** | Oct 1 - Dec 31 **4** | Tax year **0 7** Y Y |
|---|---|---|---|---|

**B.** Other wages only reported on this page .................

**C.** Seasonal employer ............................................



| Quarterly employee/payee wage reporting information (Do not enter negative numbers in columns c, d, and e; see instructions) | | | Annual wage and withholding totals If this return is for the 4th quarter or the last return you will be filing for the calendar year, complete columns d and e. | |
|---|---|---|---|---|
| a Social security number | b Last name, first name, middle initial | c UI total remuneration/gross wages paid this quarter | d Gross wages or distribution (see instr.) | e Total tax withheld |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Page No. ___ of ___  **Total this page only .....**

**If first page, enter grand totals of all pages**................................

| Contact information (see instructions) | Name | Daytime telephone number ( ) |
|---|---|---|

**Mail to:  NYS EMPLOYMENT TAXES**
PO BOX 4119
BINGHAMTON NY 13902-4119

*For office use only*
Postmark        Received date

**NYS-45-ATT**
(7/06)

## Quarterly Combined Withholding, Wage Reporting, And Unemployment Insurance Return - Attachment

60629913

UI Employer registration number  7593675 9

Withholding identification number  132700801    2

**Mark an *X* in the applicable box(es):**

**A.** This return covers the period indicated below:

| Jan 1 - Mar 31 | Apr 1 - Jun 30 | July 1 - Sep 30 | Oct 1 - Dec 31 | Tax year |
|---|---|---|---|---|
| 1 | 2 | 3 | 4 X | 0 6 Y Y |

Employer legal name  NYACK COLONIAL CAR WASH,  IN B.    Other wages only reported on this page ...............

**C.** Seasonal employer .......................................

| **Quarterly employee/payee wage reporting information**<br>(Do not enter negative numbers in columns c, d, and e; see instructions) | | | **Annual wage and withholding totals**<br>If this return is for the 4th quarter or the last return you will be filing for the calendar year, complete columns d and e. | |
|---|---|---|---|---|
| a  Social security number | b  Last name, first name, middle initial | c  UI total remuneration/gross wages paid this quarter | d  Gross wages or distribution (see instr.) | e  Total tax withheld |
| 122861549 | Morocho Freddy | 4550 00 | 18200 00 | 478 40 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Page No.  ❨  of  ❩    Total this page only .....

If first page, enter grand totals of all pages.......................

| Contact information (see instructions) | Name | | Daytime telephone number ( ) |
|---|---|---|---|

Mail to:  **NYS EMPLOYMENT TAXES**
**PO BOX 4119**
**BINGHAMTON NY 13902-4119**

D000106

**NYS-45-ATT** (7/06)

## Quarterly Combined Withholding, Wage Reporting, And Unemployment Insurance Return-Attachment



60629913

Mark an *X* in the applicable box(es):

**A.** This return covers the period indicated below:

UI Employer registration number    **7593675 9**

Withholding identification number    **132700801    2**

| Jan 1 – Mar 31 | Apr 1 – Jun 30 | July 1 – Sep 30 | Oct 1 – Dec 31 | Tax year |
|---|---|---|---|---|
| X | | | | 0 7 |
| 1 | 2 | 3 | 4 | Y Y |

Employer legal name

**NYACK COLONIAL CAR WASH, IN**

**B.** Other wages only reported on this page ...............

**C.** Seasonal employer ..................................................

| | Quarterly employee/payee wage reporting information | | Annual wage and withholding totals |
|---|---|---|---|
| | (Do not enter negative numbers in columns c, d, and e; see instructions) | | If this return is for the 4th quarter or the last return you will be filing for the calendar year, complete columns d and e. |

| a Social security number | b Last name, first name, middle initial | c UI total remuneration/gross wages paid this quarter | d Gross wages or distribution (see instr.) | e Total tax withheld |
|---|---|---|---|---|
| 1 2 2 8 6 1 5 4 9 | Morocito Freeny | 1750 00 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Page No. ___1___ of ___1___    **Total this page only** .....

**If first page, enter grand totals of all pages** ..........................

| Contact information (see instructions) | Name | Daytime telephone number ( ) |
|---|---|---|

For office use only
Postmark

Received date

Mail to: **NYS EMPLOYMENT TAXES**
PO BOX 4119
BINGHAMTON NY 13902-4119

D000113

# EXHIBIT J

| Form **1120** | | **U.S. Corporation Income Tax Return** | | | | OMB No. 1545-0123 |
|---|---|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service | | For calendar year 2000 or tax year beginning ...07/01..., 2000, ending ...06/30..., 20 01 ▶ Instructions are separate. See page 1 for Paperwork Reduction Act Notice. | | | | **2000** |

| A Check if a: | | Use IRS label. Other- wise, print or type. | **Name** NYACK COLONIAL CAR WASH, INC. | B Employer identification number 13 : 2700801 |
|---|---|---|---|---|
| 1 Consolidated return (attach Form 851) ☐ | | | **Number, street, and room or suite no.** (If a P.O. box, see page 7 of instructions.) POLHEMUS STREET | C Date incorporated 12/23/1970 |
| 2 Personal holding co. (attach Sch. PH) ☐ | | | **City or town, state, and ZIP code** NYACK, NY 10960 | D Total assets (see page 8 of instructions) |
| 3 Personal service corp. (as defined in Temporary Regs. sec. 1.441-4T— see instructions) ☐ | | | | $ 35,133 |

E Check applicable boxes: **(1)** ☐ Initial return **(2)** ☐ Final return **(3)** ☐ Change of address

| | | | | | |
|---|---|---|---|---:|---:|
| **Income** | 1a | Gross receipts or sales 390,539 | b Less returns and allowances | c Bal ▶ 1c | 390,539 |
| | 2 | Cost of goods sold (Schedule A, line 8) . . . . . . . . . . . | | 2 | 38,000 |
| | 3 | Gross profit. Subtract line 2 from line 1c . . . . . . . . . . | | 3 | 352,539 |
| | 4 | Dividends (Schedule C, line 19) . . . . . . . . . . . . . | | 4 | |
| | 5 | Interest . . . . . . . . . . . . . . . . . . . . . | | 5 | |
| | 6 | Gross rents . . . . . . . . . . . . . . . . . . . . | | 6 | |
| | 7 | Gross royalties . . . . . . . . . . . . . . . . . . . | | 7 | |
| | 8 | Capital gain net income (attach Schedule D (Form 1120)) . . . . | | 8 | |
| | 9 | Net gain or (loss) from Form 4797, Part II, line 18 (attach Form 4797) | | 9 | |
| | 10 | Other income (see page 8 of instructions—attach schedule) . . . . | | 10 | |
| | 11 | Total income. Add lines 3 through 10 . . . . . . . . . . ▶ | | 11 | 352,539 |

| | | | | | |
|---|---|---|---|---:|---:|
| **Deductions (See instructions for limitations on deductions.)** | 12 | Compensation of officers (Schedule E, line 4) . . . . . . . . | | 12 | |
| | 13 | Salaries and wages (less employment credits) . . . . . . . . | | 13 | 43,467 |
| | 14 | Repairs and maintenance . . . . . . . . . . . . . . . | | 14 | 2,774 |
| | 15 | Bad debts . . . . . . . . . . . . . . . . . . . . | | 15 | |
| | 16 | Rents . . . . . . . . . . . . . . . . . . . . . . | | 16 | 102,125 |
| | 17 | Taxes and licenses . . . . . . . . . . . . . . . . . | | 17 | 16,117 |
| | 18 | Interest . . . . . . . . . . . . . . . . . . . . . | | 18 | |
| | 19 | Charitable contributions (see page 11 of instructions for 10% limitation) | | 19 | |
| | 20 | Depreciation (attach Form 4562) . . . . . . . 20 6,382 | | | |
| | 21 | Less depreciation claimed on Schedule A and elsewhere on return 21a | | 21b | 6,382 |
| | 22 | Depletion . . . . . . . . . . . . . . . . . . . . | | 22 | |
| | 23 | Advertising . . . . . . . . . . . . . . . . . . . . | | 23 | |
| | 24 | Pension, profit-sharing, etc., plans . . . . . . . . . . . . | | 24 | |
| | 25 | Employee benefit programs . . . . . . . . . . . . . . | | 25 | 9,652 |
| | 26 | Other deductions (attach schedule) . . . . . . . . . . . . | | 26 | 172,603 |
| | 27 | Total deductions. Add lines 12 through 26 . . . . . . . . ▶ | | 27 | 353,120 |
| | 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | | 28 | -581 |
| | 29 | Less: a Net operating loss (NOL) deduction (see page 13 of instructions) 29a | | | |
| | | b Special deductions (Schedule C, line 20) . . . . . . . . 29b | | 29c | |

| | | | | | |
|---|---|---|---|---:|---:|
| **Tax and Payments** | 30 | Taxable income. Subtract line 29c from line 28 . . . . . . . | | 30 | -581 |
| | 31 | Total tax (Schedule J, line 11) . . . . . . . . . . . . . | | 31 | 0 |
| | 32 | Payments: a 1999 overpayment credited to 2000 32a | | | |
| | b | 2000 estimated tax payments 32b | | | |
| | c | Less 2000 refund applied for on Form 4466 32c ( ) d Bal ▶ 32d | | | |
| | e | Tax deposited with Form 7004 . . . . . . . . . . . 32e | | | |
| | f | Credit for tax paid on undistributed capital gains (attach Form 2439) . . 32f | | | |
| | g | Credit for Federal tax on fuels (attach Form 4136). See instructions 32g | | 32h | |
| | 33 | Estimated tax penalty (see page 14 of instructions). Check if Form 2220 is attached . . . ▶ ☐ | | 33 | |
| | 34 | Tax due. If line 32h is smaller than the total of lines 31 and 33, enter amount owed . . . . | | 34 | 0 |
| | 35 | Overpayment. If line 32h is larger than the total of lines 31 and 33, enter amount overpaid . . . | | 35 | |
| | 36 | Enter amount of line 35 you want: Credited to 2001 estimated tax ▶ Refunded ▶ | | 36 | |

| **Sign Here** | Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | |
|---|---|---|---|
| | ▶ Signature of officer | Date | ▶ Title |

| **Paid Preparer's Use Only** | Preparer's signature ▶ | Date 08/23/2001 | Check if self-employed ☐ | Preparer's SSN or PTIN 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 |
|---|---|---|---|---|
| | Firm's name (or yours if self-employed), address, and ZIP code | J & M Enterprises, LTD. P.O. Box 1063, Carmel, New York 10512 | EIN 06 1273459 Phone no. ( 845 ) 225-3140 | |

Cat. No. 11450Q                                        Form **1120** (2000)

Form **1120**

Department of the Treasury
Internal Revenue Service

# U.S. Corporation Income Tax Return

For calendar year 2001 or tax year beginning .....07/01...., 2001, ending ......06/30.., 20.02.
▶ Instructions are separate. See page 20 for Paperwork Reduction Act Notice.

OMB No. 1545-0123

**2001**

**A Check if a:**
1 Consolidated return (attach Form 851) ☐
2 Personal holding co. (attach Sch. PH) ☐
3 Personal service corp. (as defined in Temporary Regs. sec. 1.441-4T— see instructions) ☐

Use IRS label. Other-wise, print or type.

Name
**NYACK COLONIAL CAR WASH, INC.**

Number, street, and room or suite no. (If a P.O. box, see page 7 of instructions.)
**POLHEMUS STREET**

City or town, state, and ZIP code
**NYACK, NY 10960**

**B Employer identification number**
13 : 2700801

**C Date incorporated**
12/23/1970

**D Total assets (see page 8 of instructions)**
$ 40,989

**E Check applicable boxes:** (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change

| | | | |
|---|---|---|---|
| **Income** | 1a Gross receipts or sales | 468,003 | b Less returns and allowances | | c Bal ▶ | **1c** | 468,003 |

| | | |
|---|---|---|
| 1a Gross receipts or sales 468,003 b Less returns and allowances c Bal ▶ | 1c | 468,003 |
| 2 Cost of goods sold (Schedule A, line 8) | 2 | 36,000 |
| 3 Gross profit. Subtract line 2 from line 1c | 3 | 432,003 |
| 4 Dividends (Schedule C, line 19) | 4 | |
| 5 Interest | 5 | |
| 6 Gross rents | 6 | |
| 7 Gross royalties | 7 | |
| 8 Capital gain net income (attach Schedule D (Form 1120)) | 8 | |
| 9 Net gain or (loss) from Form 4797, Part II, line 18 (attach Form 4797) | 9 | |
| 10 Other income (see page 8 of instructions—attach schedule) | 10 | |
| 11 **Total income.** Add lines 3 through 10 ▶ | 11 | 432,003 |

**Deductions** (See instructions for limitations on deductions.)

| | | |
|---|---|---|
| 12 Compensation of officers (Schedule E, line 4) | 12 | |
| 13 Salaries and wages (less employment credits) | 13 | 80,745 |
| 14 Repairs and maintenance | 14 | 1,298 |
| 15 Bad debts | 15 | |
| 16 Rents | 16 | 146,375 |
| 17 Taxes and licenses | 17 | 18,599 |
| 18 Interest | 18 | |
| 19 Charitable contributions (see page 10 of instructions for 10% limitation) | 19 | |
| 20 Depreciation (attach Form 4562) [20] 8,417 | | |
| 21 Less depreciation claimed on Schedule A and elsewhere on return [21a] | 21b | 8,417 |
| 22 Depletion | 22 | |
| 23 Advertising | 23 | 150 |
| 24 Pension, profit-sharing, etc., plans | 24 | |
| 25 Employee benefit programs | 25 | 8,155 |
| 26 Other deductions (attach schedule) | 26 | 162,409 |
| 27 **Total deductions.** Add lines 12 through 26 ▶ | 27 | 426,148 |
| 28 Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | 28 | 5,855 |
| 29 **Less:** a Net operating loss (NOL) deduction (see page 13 of instructions) [29a] 5,855 | | |
| b Special deductions (Schedule C, line 20) [29b] | 29c | 5,855 |

**Tax and Payments**

| | | |
|---|---|---|
| 30 **Taxable income.** Subtract line 29c from line 28 | 30 | 0 |
| 31 **Total tax** (Schedule J, line 11) | 31 | 0 |
| 32 Payments: a 2000 overpayment credited to 2001 [32a] | | |
| b 2001 estimated tax payments [32b] | | |
| c Less 2001 refund applied for on Form 4466 [32c] ( ) d Bal ▶ [32d] | | |
| e Tax deposited with Form 7004 [32e] | | |
| f Credit for tax paid on undistributed capital gains (attach Form 2439) [32f] | | |
| g Credit for Federal tax on fuels (attach Form 4136). See instructions [32g] | 32h | |
| 33 Estimated tax penalty (see page 14 of instructions). Check if Form 2220 is attached ▶ ☐ | 33 | |
| 34 **Tax due.** If line 32h is smaller than the total of lines 31 and 33, enter amount owed | 34 | |
| 35 **Overpayment.** If line 32h is larger than the total of lines 31 and 33, enter amount overpaid | 35 | |
| 36 Enter amount of line 35 you want: Credited to 2002 estimated tax ▶ Refunded ▶ | 36 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer         Date         Title

May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No

**Paid Preparer's Use Only**

| | | | |
|---|---|---|---|
| Preparer's signature | | Date 08/23/2002 | Check if self-employed ☐ | Preparer's SSN or PTIN 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 |
| Firm's name (or yours if self-employed), address, and ZIP code | **J & M Enterprises, LTD.** P.O. Box 1063, Carmel, NY 10512 | | EIN 06 : 1273459 | Phone no. ( 845 ) 225-3140 |

| Form **1120** | | U.S. Corporation Income Tax Return | | OMB No. 1545-0123 |
|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service | | For calendar year 2002 or tax year beginning .... 07/01 ., 2002, ending .... 06/30 ., 20 03 .<br>▶ Instructions are separate. See page 20 for Paperwork Reduction Act Notice. | | **2002** |

**A** Check if a:
1 Consolidated return (attach Form 851) ☐
2 Personal holding co. (attach Sch. PH) ☐
3 Personal service corp. (as defined in Regulations sec. 1.441-3(c)— see instructions) ☐

Use IRS label. Other- wise, print or type.

Name **NYACK COLONIAL CAR WASH, INC.**
Number, street, and room or suite no. (If a P.O. box, see page 7 of instructions.) **POLHEMUS STREET**
City or town, state, and ZIP code **NYACK, NY 10960**

**B** Employer identification number **13 : 2700801**
**C** Date incorporated **12/23/1970**
**D** Total assets (see page 8 of instructions) **24,681**

**E** Check applicable boxes: (1) ☐ Initial return  (2) ☐ Final return  (3) ☐ Name change  (4) ☐ Address change  $

### Income

| | | | |
|---|---|---|---|
| 1a | Gross receipts or sales | 450,087 | **b** Less returns and allowances | | **c** Bal ▶ | **1c** | 450,087 |
| 2 | Cost of goods sold (Schedule A, line 8) | **2** | 30,000 |
| 3 | Gross profit. Subtract line 2 from line 1c | **3** | 420,087 |
| 4 | Dividends (Schedule C, line 19) | **4** | |
| 5 | Interest | **5** | |
| 6 | Gross rents | **6** | |
| 7 | Gross royalties | **7** | |
| 8 | Capital gain net income (attach Schedule D (Form 1120)) | **8** | |
| 9 | Net gain or (loss) from Form 4797, Part II, line 18 (attach Form 4797) | **9** | |
| 10 | Other income (see page 9 of instructions—attach schedule) | **10** | |
| 11 | **Total income.** Add lines 3 through 10 ▶ | **11** | 420,087 |

### Deductions (See instructions for limitations on deductions.)

| | | | |
|---|---|---|---|
| 12 | Compensation of officers (Schedule E, line 4) | **12** | 0 |
| 13 | Salaries and wages (less employment credits) | **13** | 95,562 |
| 14 | Repairs and maintenance | **14** | 1,877 |
| 15 | Bad debts | **15** | |
| 16 | Rents | **16** | 138,795 |
| 17 | Taxes and licenses | **17** | 23,094 |
| 18 | Interest | **18** | |
| 19 | Charitable contributions (see page 11 of instructions for 10% limitation) | **19** | |
| 20 | Depreciation (attach Form 4562) | **20** 8,265 | | |
| 21 | Less depreciation claimed on Schedule A and elsewhere on return | **21a** | **21b** | 8,265 |
| 22 | Depletion | **22** | |
| 23 | Advertising | **23** | |
| 24 | Pension, profit-sharing, etc., plans | **24** | |
| 25 | Employee benefit programs | **25** | 7,871 |
| 26 | Other deductions (attach schedule) | **26** | 167,435 |
| 27 | **Total deductions.** Add lines 12 through 26 ▶ | **27** | 442,899 |
| 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | **28** | -22,812 |
| 29 | **Less:** a Net operating loss (NOL) deduction (see page 13 of instructions) | **29a** | | |
| | b Special deductions (Schedule C, line 20) | **29b** | **29c** | |
| 30 | **Taxable income.** Subtract line 29c from line 28 | **30** | -22,812 |
| 31 | **Total tax** (Schedule J, line 11) | **31** | 0 |

### Tax and Payments

| | | | |
|---|---|---|---|
| 32 | Payments: a 2001 overpayment credited to 2002 | **32a** | | |
| b | 2002 estimated tax payments | **32b** | | |
| c | Less 2002 refund applied for on Form 4466 | **32c** ( ) | **d** Bal ▶ | **32d** | |
| e | Tax deposited with Form 7004 | | **32e** | |
| f | Credit for tax paid on undistributed capital gains (attach Form 2439) | **32f** | | |
| g | Credit for Federal tax on fuels (attach Form 4136). See instructions | **32g** | **32h** | |
| 33 | Estimated tax penalty (see page 14 of instructions). Check if Form 2220 is attached ▶ ☐ | **33** | |
| 34 | **Tax due.** If line 32h is smaller than the total of lines 31 and 33, enter amount owed | **34** | 0 |
| 35 | **Overpayment.** If line 32h is larger than the total of lines 31 and 33, enter amount overpaid | **35** | |
| 36 | Enter amount of line 35 you want: **Credited to 2003 estimated tax** ▶ | Refunded ▶ | **36** | |

**Sign Here**
Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer _____ Date _____ Title _____

May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No

**Paid Preparer's Use Only**

| Preparer's signature | | Date | Check if self-employed ☐ | Preparer's SSN or PTIN 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 |
|---|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code | **J & M Enterprises, LTD**<br>P.O. Box 1063, Carmel, NY 10512 | | EIN 06 : 1273459 | Phone no. ( 845 ) 225-3140 |

Form **1120**

**U.S. Corporation Income Tax Return**

For calendar year 2003 or tax year beginning  7/01/03 , ending  6/30/04

OMB No. 1545-0123

**2003**

Department of the Treasury
Internal Revenue Service

▶ Instructions are separate. See page 20 for Paperwork Reduction Act Notice.

| A Check if a: | | | | | B Employer identification number |
|---|---|---|---|---|---|
| 1 Consolidated return (attach Form 851) | ☐ | Use IRS label. Other-wise, print or type. | Name  Number, street, and room or suite no.  City or town, state, and ZIP code | | 13-2700801 |
| 2 Personal holding co. (attach Sch. PH) | ☐ | | NYACK COLONIAL CAR WASH, INC. | | C Date incorporated |
| 3 Personal service corp. (as defined in Regulations sec. 1.441-3(c)- see instructions) | ☐ | | POLHEMUS STREET | | 12/23/70 |
| | | | NYACK           NY 10960 | | D Total assets (see page 8 of instructions) |
| E Check applicable boxes: | (1) ☐ Initial return | (2) ☐ Final return | (3) ☐ Name change | (4) ☐ Address change $ | | 20,198 |

| | | | | | |
|---|---|---|---|---|---|
| **Income** | 1a | Gross rcpt./sales | 456,431 | b Less returns & allowances | c Bal ▶ | 1c | 456,431 |
| | 2 | Cost of goods sold (Schedule A, line 8) | | | 2 | 30,875 |
| | 3 | Gross profit. Subtract line 2 from line 1c | | | 3 | 425,556 |
| | 4 | Dividends (Schedule C, line 19) | | | 4 | |
| | 5 | Interest | | | 5 | |
| | 6 | Gross rents | | | 6 | |
| | 7 | Gross royalties | | | 7 | |
| | 8 | Capital gain net income (attach Sch. D (Form 1120)) | | | 8 | |
| | 9 | Net gain or (loss) from Form 4797, Part II, line 18 (attach Form 4797) | | | 9 | |
| | 10 | Other income (see page 9 of instructions-attach schedule) | | | 10 | |
| | 11 | **Total income. Add lines 3 through 10** | | ▶ | 11 | 425,556 |

| | | | | | |
|---|---|---|---|---|---|
| **Deductions** (See Instructions for limitations on deductions.) | 12 | Compensation of officers (Schedule E, line 4) | | | 12 | 32,240 |
| | 13 | Salaries and wages (less employment credits) | | | 13 | 51,906 |
| | 14 | Repairs and maintenance | | | 14 | 1,492 |
| | 15 | Bad debts | | | 15 | |
| | 16 | Rents | | | 16 | 126,500 |
| | 17 | Taxes and licenses | | | 17 | 21,330 |
| | 18 | Interest | | | 18 | |
| | 19 | Charitable contributions (see page 11 of instructions for 10% limitation) Stmt 1 | | | 19 | 0 |
| | 20 | Depreciation (attach Form 4562) | | 20 | 4,781 | | |
| | 21 | Less depreciation claimed on Schedule A and elsewhere on return | 21a | | 21b | 4,781 |
| | 22 | Depletion | | | 22 | |
| | 23 | Advertising | | | 23 | 997 |
| | 24 | Pension, profit-sharing, etc., plans | | | 24 | |
| | 25 | Employee benefit programs | | | 25 | 11,130 |
| | 26 | Other deductions (attach schedule)    See Stmt 2 | | | 26 | 177,775 |
| | 27 | **Total deductions. Add lines 12 through 26** | | ▶ | 27 | 428,151 |
| | 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | | | 28 | -2,595 |
| | 29 | Less: a Net operating loss (NOL) deduction (see page 13 of instructions) | 29a | | | |
| | | b Special deductions (Schedule C, line 20) | 29b | | 29c | |

| | | | | | |
|---|---|---|---|---|---|
| **Tax and Payments** | 30 | **Taxable income.** Subtract line 29c from line 28 | | | 30 | -2,595 |
| | 31 | Total tax (Schedule J, line 11) | | | 31 | 0 |
| | 32 | Payments: a 2002 overpayment credited to 2003 | 32a | | | |
| | | b 2003 estimated tax payments | 32b | | | |
| | | c Less 2003 refund applied for on Form 4466 | 32c | d Bal ▶ | 32d | |
| | | e Tax deposited with Form 7004 | | | 32e | |
| | | f Credit for tax paid on undistributed capital gains (attach Form 2439) | 32f | | | |
| | | g Credit for Federal tax on fuels (attach Form 4136). See instructions | 32g | | 32h | |
| | 33 | Estimated tax penalty (see page 14 of instructions). Check if Form 2220 is attached | | ▶ ☐ | 33 | |
| | 34 | Tax due. If line 32h is smaller than the total of lines 31 and 33, enter amount owed | | | 34 | |
| | 35 | Overpayment. If line 32h is larger than the total of lines 31 and 33, enter amount overpaid | | | 35 | |
| | 36 | Enter amt. of line 35 you want: Credited to 2004 estimated tax ▶ | | Refunded ▶ | 36 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

May the IRS discuss this return with the preparer shown below (see instr.)?  ☒ Yes  ☐ No

Signature of officer  **GEORGE KELLY**     Date     Title

**Paid Preparer's Use Only**

| Preparer's signature ▶ | | Date 8/27/04 | Check if self-employed ☐ | Preparer's SSN or PTIN 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 |
|---|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code | **J & M Enterprises, LTD.** PO Box 1063 Carmel, NY          10512-1063 | | EIN 06-1273459 Phone no. 845-225-3140 |

Form **1120** (2003)

# Form 1120 U.S. Corporation Income Tax Return

OMB No. 1545-0123

Department of the Treasury
Internal Revenue Service

For calendar year 2004 or tax year beginning 7/01/04, ending 6/30/05

▶ See separate instructions.

**2004**

**A** Check if:
1 Consolidated return (attach Form 851)
2 Personal holding co. (attach Sch. PH)
3 Personal service corp. (see instructions)
4 Schedule M-3 required (attach Sch. M-3)

**Use IRS label. Otherwise, print or type.**

Name: NYACK CAR WASH
Number, street, and room or suite no. If a P.O. box, see page 9 of instructions.
POLHEMUS STREET
City or town, state, and ZIP code
NYACK NY 10960

**B** Employer identification number
13-2700801

**C** Date incorporated
12/23/1970

**D** Total assets (see page 8 of instructions)
$ 22,445

**E** Check if: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change

| | | | |
|---|---|---|---|
| **Income** | 1a Gross receipts/sales | 470,838 | b Less returns & allowances | 1c | 470,838 |
| | 2 Cost of goods sold (Schedule A, line 8) | | 2 | 24,000 |
| | 3 Gross profit. Subtract line 2 from line 1c | | 3 | 446,838 |
| | 4 Dividends (Schedule C, line 19) | | 4 | |
| | 5 Interest | | 5 | |
| | 6 Gross rents | | 6 | |
| | 7 Gross royalties | | 7 | |
| | 8 Capital gain net income (attach Sch. D (Form 1120)) | | 8 | |
| | 9 Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | 9 | |
| | 10 Other income (see page 11 of instructions-attach schedule) | | 10 | |
| | 11 Total income. Add lines 3 through 10 | ▶ | 11 | 446,838 |

| | | | |
|---|---|---|---|
| **Deductions** (See Instructions for limitations on deductions.) | 12 Compensation of officers (Schedule E, line 4) | | 12 | 41,600 |
| | 13 Salaries and wages (less employment credits) | | 13 | 50,420 |
| | 14 Repairs and maintenance | | 14 | 584 |
| | 15 Bad debts | | 15 | |
| | 16 Rents | | 16 | 122,500 |
| | 17 Taxes and licenses | | 17 | 24,027 |
| | 18 Interest | | 18 | 1,154 |
| | 19 Charitable contributions (see page 14 of instructions for 10% limitation) | See Stmt 1 | 19 | 0 |
| | 20 Depreciation (attach Form 4562) | 20 | 10,380 | |
| | 21 Less depreciation claimed on Schedule A and elsewhere on return | 21a | | 21b | 10,380 |
| | 22 Depletion | | 22 | |
| | 23 Advertising | | 23 | 347 |
| | 24 Pension, profit-sharing, etc., plans | | 24 | |
| | 25 Employee benefit programs | | 25 | 10,880 |
| | 26 Other deductions (attach schedule) | See Stmt 2 | 26 | 181,728 |
| | 27 Total deductions. Add lines 12 through 26 | ▶ | 27 | 443,620 |
| | 28 Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | | 28 | 3,218 |
| | 29 Less: a Net operating loss deduction (see page 16 of instructions) | 29a | 3,218 | |
| | b Special deductions (Schedule C, line 20) | 29b | | 29c | 3,218 |

| | | | |
|---|---|---|---|
| **Tax and Payments** | 30 Taxable income. Subtract line 29c from line 28 (see instructions if Schedule C, line 12, was completed) | | 30 | 0 |
| | 31 Total tax (Schedule J, line 11) | | 31 | 0 |
| | 32 Payments: a 2003 overpayment credited to 2004 | 32a | | | |
| | b 2004 estimated tax payments | 32b | | | |
| | c Less 2004 refund applied for on Form 4466 | 32c | d Bal ▶ | 32d | |
| | e Tax deposited with Form 7004 | | 32e | |
| | f Credit for tax paid on undistributed capital gains (attach Form 2439) | | 32f | |
| | g Credit for Federal tax on fuels (attach Form 4136). See instructions | 32g | | 32h | |
| | 33 Estimated tax penalty (see page 17 of instructions). Check if Form 2220 is attached | ▶ ☐ | 33 | |
| | 34 Tax due. If line 32h is smaller than the total of lines 31 and 33, enter amount owed | | 34 | |
| | 35 Overpayment. If line 32h is larger than the total of lines 31 and 33, enter amount overpaid | | 35 | |
| | 36 Enter amt. of line 35 you want: Credited to 2005 estimated tax ▶ | Refunded ▶ | 36 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer: Timothy Weigel   Date
Title: President

May the IRS discuss this return with the preparer shown below (see instr.)? ☒ Yes ☐ No

**Paid Preparer's Use Only**

Preparer's signature ▶
Date 8/22/05
Check if self-employed ☐
Preparer's SSN or PTIN 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

Firm's name (or yours if self-employed), address, and ZIP code
J & M Enterprises, LTD.
PO Box 1063
Carmel, NY 10512-1063
EIN 06-1273459
Phone no. 845-225-3140

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.

Form **1120** (2004)

OMB No. 1545-0123

**Form 1120**
Department of the Treasury
Internal Revenue Service

**U.S. Corporation Income Tax Return**
For calendar year 2005 or tax year beginning **7/01/05** , ending **6/30/06**
▶ See separate instructions.

**2005**

| A Check if: | | | |
|---|---|---|---|
| 1 Consolidated return (attach Form 851) | | Use IRS label. Otherwise, print or type. | Name **NYACK CAR WASH** |
| 2 Personal holding co. (attach Sch. PH) | | | Number, street, and room or suite no. If a P.O. box, see instructions. **POLHEMUS STREET** |
| 3 Personal service corp. (see instructions) | | | City or town, state, and ZIP code **NYACK   NY 10960** |
| 4 Schedule M-3 required (attach Sch. M-3) | | | |

B Employer identification number **13-2700801**

C Date incorporated **12/23/1970**

D Total assets (see instructions) $ **27,386**

E Check if: (1) ☐ Initial return  (2) ☐ Final return  (3) ☐ Name change  (4) ☐ Address change

**Income**

| | | | |
|---|---|---|---|
| 1a | Gross receipts/sales **459,025** | b Less returns & allowances | c Bal ▶ |
| 1c | | | 459,025 |
| 2 | Cost of goods sold (Schedule A, line 8) | | 24,000 |
| 3 | Gross profit. Subtract line 2 from line 1c | | 435,025 |
| 4 | Dividends (Schedule C, line 19) | | |
| 5 | Interest | | |
| 6 | Gross rents | | |
| 7 | Gross royalties | | |
| 8 | Capital gain net income (attach Sch. D (Form 1120)) | | |
| 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | |
| 10 | Other income (see instructions-attach schedule) | | |
| 11 | Total income. Add lines 3 through 10 ▶ | | 435,025 |

**Deductions (See instructions for limitations on deductions.)**

| | | | |
|---|---|---|---|
| 12 | Compensation of officers (Schedule E, line 4) | | 44,200 |
| 13 | Salaries and wages (less employment credits) | | 50,940 |
| 14 | Repairs and maintenance | | 3,530 |
| 15 | Bad debts | | |
| 16 | Rents | | 115,560 |
| 17 | Taxes and licenses | | 24,076 |
| 18 | Interest | | 168 |
| 19 | Charitable contributions (see instructions for 10% limitation) **SEE STMT 1** | | 0 |
| 20a | Depreciation (attach Form 4562) | 20a 5,573 | |
| b | Less depreciation claimed on Schedule A and elsewhere on return | 20b | 20c 5,573 |
| 21 | Depletion | | |
| 22 | Advertising | | 200 |
| 23 | Pension, profit-sharing, etc., plans | | |
| 24 | Employee benefit programs | | 11,367 |
| 25 | Domestic production activities deduction (attach Form 8903) | | |
| 26 | Other deductions (attach schedule) **SEE STMT 2** | | 158,637 |
| 27 | Total deductions. Add lines 12 through 26 ▶ | | 414,251 |
| 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | | 20,774 |
| 29 | Less: a Net operating loss deduction (see instructions) | 29a 20,774 | |
| | b Special deductions (Schedule C, line 20) | 29b | 29c 20,774 |

**Tax and Payments**

| | | | |
|---|---|---|---|
| 30 | Taxable income. Subtract line 29c from line 28 (see instructions if Schedule C, line 12, was completed) | | 0 |
| 31 | Total tax (Schedule J, line 11) | | 0 |
| 32 | Payments: a 2004 overpayment credited to 2005 | 32a | |
| b | 2005 estimated tax payments | 32b | |
| c | Less 2005 refund applied for on Form 4466 | 32c   d Bal ▶ 32d | |
| e | Tax deposited with Form 7004 | 32e | |
| f | Credits: (1) Form 2439   (2) Form 4136 | 32f | 32g |
| 33 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ ☐ | | 33 |
| 34 | Tax due. If line 32g is smaller than the total of lines 31 and 33, enter amount owed | | 34 |
| 35 | Overpayment. If line 32g is larger than the total of lines 31 and 33, enter amount overpaid | | 35 |
| 36 | Enter amt. of line 35 you want: Credited to 2006 estimated tax ▶   Refunded ▶ | | 36 |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

May the IRS discuss this return with the preparer shown below (see instr.)? ☒ Yes ☐ No

Signature of officer **GEORGE KELLY**    Date          Title

**Paid Preparer's Use Only**

| Preparer's signature ▶ | Date **9/12/06** | Check if self-employed ☐ | Preparer's SSN or PTIN **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** |
|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code | **J & M ENTERPRISES, LTD.** **PO BOX 1063** **CARMEL, NY**    **10512-1063** | EIN **06-1273459** Phone no. **845-225-3140** | |

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.   Form **1120** (2005)

**Form 1120**

Department of the Treasury
Internal Revenue Service

# U.S. Corporation Income Tax Return

For calendar year 2006 or tax year beginning **7/01/06**, ending **6/30/07**

► See separate instructions.

OMB No. 1545-0123

**2006**

**A Check if:**
1 Consolidated return (attach Form 851)
2 Personal holding co. (attach Sch. PH)
3 Personal service corp. (see instructions)
4 Schedule M-3 required (attach Sch. M-3)

Use IRS label. Otherwise, print or type.

**Name** Number, street, and room or suite no. If a P.O. box, see instructions.
**NYACK CAR WASH**

City or town, state, and ZIP code

**POLHEMUS STREET**

**NYACK**     **NY 10960**

**B Employer Identification number**
13-2700801

**C Date incorporated**
12/23/1970

**D Total assets** (see instructions)
$ 21,844

**E Check if:** (1) ☐ Initial return   (2) ☐ Final return   (3) ☐ Name change (4) ☐ Address change

| | | | |
|---|---|---|---|
| | 1a Gross receipts or sales | 451,625 | b Less returns and allowances | c Bal ► | 1c | 451,625 |

| | | | |
|---|---|---|---|
| **Income** | 2 | Cost of goods sold (Schedule A, line 8) | 2 | 22,000 |
| | 3 | Gross profit. Subtract line 2 from line 1c | 3 | 429,625 |
| | 4 | Dividends (Schedule C, line 19) | 4 | |
| | 5 | Interest | 5 | |
| | 6 | Gross rents | 6 | |
| | 7 | Gross royalties | 7 | |
| | 8 | Capital gain net income (attach Schedule D (Form 1120)) | 8 | |
| | 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 9 | |
| | 10 | Other income (see instructions-attach schedule) | 10 | |
| | 11 | **Total income.** Add lines 3 through 10 ► | 11 | 429,625 |

| | | | |
|---|---|---|---|
| **Deductions (See instructions for limitations on deductions.)** | 12 | Compensation of officers (Schedule E, line 4) | 12 | 44,200 |
| | 13 | Salaries and wages (less employment credits) | 13 | 60,618 |
| | 14 | Repairs and maintenance | 14 | 284 |
| | 15 | Bad debts | 15 | |
| | 16 | Rents | 16 | 116,625 |
| | 17 | Taxes and licenses | 17 | 26,876 |
| | 18 | Interest | 18 | |
| | 19 | Charitable contributions | 19 | |
| | 20 | Depreciation from Form 4562 not claimed on Schedule A or elsewhere on return (attach Form 4562) | 20 | 3,768 |
| | 21 | Depletion | 21 | |
| | 22 | Advertising | 22 | 450 |
| | 23 | Pension, profit-sharing, etc., plans | 23 | |
| | 24 | Employee benefit programs | 24 | 12,920 |
| | 25 | Domestic production activities deduction (attach Form 8903) | 25 | |
| | 26 | Other deductions (attach schedule)       SEE STMT 1 | 26 | 157,759 |
| | 27 | **Total deductions.** Add lines 12 through 26 ► | 27 | 423,500 |
| | 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | 28 | 6,125 |
| | 29 | **Less:** a Net operating loss deduction (see instructions) ........ 29a 6,125 | | |
| | | b Special deductions (Schedule C, line 20) ........ 29b | 29c | 6,125 |

| | | | |
|---|---|---|---|
| **Tax and Payments** | 30 | **Taxable income.** Subtract line 29c from line 28 (see instructions) | 30 | 0 |
| | 31 | **Total tax** (Schedule J, line 10) | 31 | 0 |
| | 32a | 2005 overpayment credited to 2006 | 32a | |
| | b | 2006 estimated tax payments | 32b | |
| | c | 2006 refund applied for on Form 4466 | 32c | d Bal ► 32d | |
| | e | Tax deposited with Form 7004 | 32e | |
| | f | Credits: (1) Form 2439 | (2) Form 4136 | 32f | |
| | g | Credit for federal telephone excise tax paid (attach Form 8913) | 32g | 32h | |
| | 33 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ► ☐ | 33 | |
| | 34 | **Amount owed.** If line 32h is smaller than the total of lines 31 and 33, enter amount owed | 34 | |
| | 35 | **Overpayment.** If line 32h is larger than the total of lines 31 and 33, enter amount overpaid | 35 | |
| | 36 | Enter amount of line 35 you want: Credited to 2007 estimated tax ►                   Refunded ► | 36 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer **GEORGE KELLY**    Date          Title

May the IRS discuss this return with the preparer shown below (see instr.)? ☒ Yes ☐ No

**Paid Preparer's Use Only**

| | | |
|---|---|---|
| Preparer's signature ► | Date 9/10/07 | Check if self-employed ☐ | Preparer's SSN or PTIN 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 |
| Firm's name (or yours if self-employed), address, and ZIP code | **J & M ENTERPRISES, LTD.** PO BOX 1063 CARMEL, NY          10512-1063 | EIN 06-1273459 Phone no. 845-225-3140 |

EXHIBIT K



**Page 1**

1
2    UNITED STATE DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
3
     ------------------------------------X
4
     FREDDY M. MOROCHO, WALTER TACURE on
5    behalf of themselves and others similarly
     situated,
6
               Plaintiff(s),
7
     - against -    Index # 07 CIV. 2979
8
     GEORGE C. KELLY and NYACK COLONIAL
9    CAR WASH, INC.,
10             Defendant(s).
11   ------------------------------------X
12        Karen Zdanis, Esq.
          20 North Broadway, Suite 5
13        Nyack, New York, 10960
14        January 15, 2008
          12:00 PM
15
16        EXAMINATION BEFORE TRIAL of GEORGE
17   KELLY, the Defendant herein, taken by the
18   attorney for the Plaintiff, pursuant to Notice,
19   and held before Kathleen Anderson, a Notary
20   Public of the State of New York, at the above
21   stated time and place.
22
23            *    *    *
24
25

**Page 2**

1
2    APPEARANCES:
3       KAREN ZDANIS, ESQ.
        Attorney for Plaintiff(s)
4       20 North Broadway Suite 5
        Nyack, New York, 10960
5
     BY: KAREN ZDANIS, ESQ.
6
7
8
9
     LAW OFFICES OF KARL J. STOECKER
10      Attorney for Plaintiff(s)
        18 East 41 Street Suite 1501
11      New York, New York, 10017
12   BY: KARL J. STOECKER, ESQ.
13
14
15
16   GEHRIG & SATRIALE, LLC
        Attorney for Defendant(s)
17      370 Lexington Avenue Suite 1200
        New York, New York, 10017
18
19   BY: LOUIS SATRIALE, ESQ.
20
21
22
23   ALSO PRESENT:
24      FREDDY MOROCHO
        (12:00 - 1:10 PM)
25

**Page 3**

1
2        IT IS HEREBY STIPULATED AND AGREED by and
3    between the attorneys for the respective
4    parties hereto, that the sealing, filing and
5    certification of the transcript of the within
6    examination before trial be, and the same
7    hereby are waived;  and that said transcript
8    may be signed and sworn to before any Notary
9    Public or Commissioner of Deeds with the same
10   force and effect as if before an officer of
11   this Court.
12       IT IS FURTHER STIPULATED AND AGREED that
13   all objections, except as to the form of the
14   question, are reserved to the trial of this
15   action.
16
17
18
19
20
21
22
23
24
25

**Page 4**

1              G. KELLY
2    G E O R G E   K E L L Y,
3         The witness herein, having been first
4    duly sworn by Kathleen Anderson, a Notary
5    Public in and for the State of New York, was
6    examined, and testified as follows:
7    DIRECT EXAMINATION BY KARL STOECKER, ESQ.:
8        Q    What is your name?
9        A    George Kelly.
10       Q    What is your address?
11       A    135 Goebel Road, New City, New York,
12   10956.
13       Q    Mr. Kelly, my name is Karl Stoecker,
14   I'm one of the attorneys for the Plaintiff in
15   this case.  I will be asking you a series of
16   questions--
17       A    Okay.
18       Q    About the case--
19       A    Right.
20       Q    And about this car wash--
21       A    Okay.
22       Q    Or car washes, and if you don't
23   understand any of the questions, just let me
24   know?
25       A    Right.

MOROCHO VS KELLY                    1/15/08                    GEORGE KELLY

---

5

G. KELLY

1
2    Q    And I will rephrase the question or
3    try to reword it so it's comprehensible.
4    A    Okay.
5    Q    If you do answer it, we will assume
6    that you understood it, and it is also very
7    important that you answer verbally rather than
8    by nodding your head and so on.
9    A    I understand.
10   Q    So the Court Reporter can get it
11   down. All the questions are under oath, you've
12   sworn to tell the truth.
13   A    Right.
14   Q    I take it you are a former police
15   officer?
16   A    That's correct.
17   Q    So you're aware of the consequences
18   of not telling the truth?
19   A    Yes, I do.
20   Q    Any questions about how we are going
21   to proceed today?
22   A    No.
23   Q    Are you currently employed?
24   A    Yes, I am.
25   Q    And where do you work?

---

6

G. KELLY

1
2    A    Nyack Soft Cloth Car Wash.
3    Q    And how long have you worked there?
4    A    Approximately eight years.
5    Q    Is that your first job after you left
6    the force?
7    A    No, it's not.
8    Q    Where did you work before that?
9    A    I bartended, you mean before the car
10   wash?
11   Q    Yes.
12   A    I bartended, I was a maintenance
13   supervisor in the Florida Keys. And that's
14   about it.
15   Q    How did it come about that you got
16   the job at Nyack Soft Cloth Car Wash?
17   A    Through my father-in-law.
18   Q    How did that happen?
19   A    He asked me if I wanted to work at
20   the car wash and I said sure.
21   Q    What is his relationship with the car
22   wash?
23   A    He is the owner.
24   Q    What's his name?
25   A    James Miner.

---

7

G. KELLY

1
2    Q    How do you spell that, please?
3    A    M I N E R.
4    Q    Is he the sole owner?
5    A    No, he's not.
6    Q    Does he have partners?
7    A    Yes, he does.
8    Q    And who are they?
9    A    One partner is John Weigel.
10   Q    How do you spell that?
11   A    W E I G E L.
12   Q    Okay.
13   A    And Timmy Weigel.
14   Q    Is that Timothy?
15   A    Yeah.
16   Q    Spelled the same way, the last name?
17   A    Right.
18   Q    Do you know what the relationship, if
19   any, of Mr. Miner to the Weigels, are they --
20   A    Friends.
21   Q    Weigels, I take it are related?
22   A    Yes, father and son.
23   Q    Which one is the father?
24   A    John.
25   Q    Do you know if they -- is Nyack Soft

---

8

G. KELLY

1
2    Cloth Car Wash, is that the trade name of the
3    car wash?
4    A    Well, it's Nyack Colonial Car Wash.
5    Q    So where does the Soft Cloth come in?
6    A    I think that's just -- Soft Cloth is
7    just the name on the sign, I think, really, I
8    think that's where it comes from, I mean it
9    used to be Bristles years ago, now they are
10   Soft Cloth.
11   Q    So if you go to the car wash, the
12   sign outside said Soft Cloth?
13   A    Nyack Soft Cloth. It just says Soft
14   Cloth Car Wash.
15   Q    Is it Nyack Colonial Car Wash, Inc?
16   A    There is a corporation, Nyack
17   Colonial, Inc. I'm not sure, but it's Nyack
18   Colonial Incorporated.
19   Q    Is there one corporation that you
20   know of?
21   A    There's two corporations.
22   Q    What's the first one?
23   A    That would be J and J Incorporated.
24   Q    Okay.
25   A    And then there's Nyack Colonial.

---

2 (Pages 5 to 8)

9

G. KELLY
1
2  Q  Nyack Colonial?
3  A  Car Wash.
4  Q  Car Wash, Inc?
5  A  I would think so, yes.
6      MR. SATRIALE:  Don't guess.  George,
7  if you know, you know.
8  A  Right.
9      MR. SATRIALE:  Don't guess.
10  Q  And the three individuals who you
11  identified earlier, have an interest in both
12  the corporations you just mentioned as far as
13  you know?
14  A  I'm not sure how that's all broken
15  down.
16  Q  Do you know if one of the two
17  corporations that you just mentioned owns the
18  Nyack Soft Cloth Car Wash?
19  A  Owns -- I'm not sure of that either,
20  like who is the owners, you mean for which
21  corporation?
22  Q  Well, do you know if Nyack -- who is
23  the owner, which is the corporate entity that
24  owns Nyack Soft Cloth Car Wash, if you know?
25      MR. SATRIALE:  Objection to form,

10

G. KELLY
1
2  but you can answer if you know.
3  A  Nyack, Incorporated, Nyack Colonial,
4  Incorporated.
5  Q  But you said there were two
6  corporations, what does the second Corporation,
7  that the J & J, Inc., owned?
8  A  J & J, Inc., are like, the property.
9  Q  The property that the car wash --
10  that --
11  A  Yes.
12  Q  That Nyack Soft Cloth Car Wash sits
13  on?
14  A  No, they are a corporation -- they
15  are the original owners, that's all I can
16  really tell you, I don't know much about how
17  it's all broken down as far as --
18  Q  J and J is the original owners of --
19  A  Correct.
20  Q  Of what?
21  A  Of the car wash.
22  Q  Nyack Soft Cloth Car Wash?
23  A  Yes, and then the partners of Nyack,
24  Incorporated is James Miner and Timothy Weigel.
25  Q  When you say Nyack Incorporated, you

11

G. KELLY
1
2  mean Nyack Colonial Car Wash?
3  A  I am not sure how it's listed on the
4  paper.
5  Q  And you said the owners of that are
6  who?
7  A  James Miner and Timothy, Johnny
8  basically retired.
9  Q  Okay.  Now, I also saw reference to
10  something in the documents referring to J and M
11  Enterprises, Limited, have you heard of that
12  entity before?
13  A  That's my accountant, I think.
14  Q  That's your accountant?
15      (Witness nods.)
16  A  I think.  I'm not totally one hundred
17  percent sure, I think it's J and M Enterprises,
18  yeah.
19  Q  What is your accountant's name?
20  A  John Ochino.
21  Q  How do you spell that?
22  A  J O H N, O C, I have to guess the
23  rest, H I N o.
24  Q  O C?
25  A  H I N O, something like that.

12

G. KELLY
1
2  Q  H I N O?
3  A  I think there is a C at the end
4  Ochino.
5  Q  You wouldn't happen to have his
6  business cards with you?
7  A  No.
8  Q  Do you know his address?
9  A  No.
10  Q  Do you know generally where he's
11  located?
12  A  Yeah, I can drive there, I just don't
13  know the address.
14  Q  How would you get there, what town is
15  he in?
16  A  It's either Upper Westchester towards
17  Dutchess, up that way.
18  Q  Do you know what town it is?
19  A  I have no clue.
20  Q  Is it Carmel?
21  A  Okay, Carmel.
22  Q  Is that it?
23  A  Yes, that sounds good.
24  Q  Do you know what street he's on?
25  A  No.

3 (Pages 9 to 12)

13

G. KELLY

1
2   Q   Do you know his phone number?
3   A   I have it in my phone.
4   Q   Can you look at it, please?
5     (Witness Complies).
6   A   I think this is it, but I'm not sure,
7 it could be 845-225-3140.
8   Q   So if you started eight years ago,
9 that would have been about what 1999, or so,
10 that you started working at the car wash?
11   A   That's correct.
12   Q   And when you first started there, did
13 you receive paychecks?
14   A   I don't think right in the beginning.
15 In the beginning I was just trying to help
16 clean and give my father-in-law a hand, I'm not
17 sure how it all started into a job.
18   Q   How were you paid initially?
19   A   I don't think I was paid at all, I
20 just kind of trained a little bit and stepped
21 in, I was working still, as a bartender.
22   Q   Did there come a time that you
23 started getting paid?
24   A   Yes.
25   Q   When did that occur?

14

G. KELLY

1
2   A   I'm not really sure, I'm not really
3 clear on it, I would have to pull out my
4 records.
5   Q   Do you know what year it was?
6   A   It could have been '99 or 2000.
7   Q   Did you receive a paycheck?
8   A   Yes.
9   Q   And who was the paycheck from?
10   A   I was paid, I'm paid cash every week.
11   Q   I'm sorry?
12   A   I'm paid cash every week.
13   Q   You were paid cash?
14   A   Right.
15   Q   I thought you said you got a
16 paycheck?
17   A   My pay is, I got paid.
18   Q   You mean -- okay, so initially when
19 you first started getting paid, you were paid
20 in cash?
21   A   Right, I was always paid cash.
22   Q   You were always paid cash?
23   A   Right.
24   Q   You never received a paycheck?
25   A   Not a paycheck.

15

G. KELLY

1
2   Q   You always got cash?
3   A   That's correct.
4   Q   So you were off the books?
5   A   No.  I was on the books.
6   Q   You were on the book?
7   A   Yes.
8   Q   Did they withhold taxes?
9   A   Yes.
10   Q   They just paid you less cash?
11   A   Right.
12   Q   And took care of taxes?  Did you get
13 a statement showing how much taxes they were
14 withholding?
15   A   My W-2s.
16   Q   Just once a year?
17   A   Yeah.
18   Q   Now, who were your W-2s from?
19   A   From Nyack Car Wash.
20   Q   Nyack Colonial Car Wash, Inc.?
21   A   I'm not sure what it says on the top,
22 it says Nyack Car Wash.
23   Q   Nyack Car Wash?
24   A   Yeah.
25   Q   Now, you mentioned before that John

16

G. KELLY

1
2 Weigel retired, did he sell out his interest in
3 these entities to his son?
4   A   I don't know.
5   Q   You don't know if he still has an
6 ownership interest?
7   A   I don't know what the situation is,
8 that's their business.
9   Q   What is your responsibility as a
10 employee of Nyack Colonial Car Wash, Inc.?
11   A   General Manager.
12   Q   What do you manage?
13   A   The car wash.
14   Q   The Nyack Soft Cloth Car Wash?
15   A   Correct.
16   Q   Any others?
17   A   As a manager?  In a manager's
18 position?
19   Q   In any capacity?
20   A   Just Nyack.
21   Q   Does Nyack Colonial Car Wash, Inc.,
22 own any other car washes as far as you know?
23   A   No.
24   Q   How about J & J, Inc.?
25   A   I don't know the setup for J & J, I

4 (Pages 13 to 16)

17

G. KELLY

1  don't know much about J & J, I know it's just,
2  that it's another corporation.
3      Q    To the best of your knowledge, does
4  James Miner own, directly or indirectly have an
5  interest in any other car wash other than Nyack
6  Soft Cloth Car Wash?
7      A    Yes, he does.
8      Q    What car washes are those?
9      A    Northvale Car Wash and Pearl River
10 Car Wash.
11     Q    Northvale Car Wash, is that 262
12 Livingston Street, Northvale, New Jersey?
13     A    That's correct.
14     Q    And Pearl River Car Wash is 558 North
15 Middletown Road, Pearl River, New York?
16     A    Correct.
17     Q    Does he also have an interest in a
18 car wash in Tenafly, New Jersey?
19     A    No, he doesn't.
20     Q    Did he ever, to the best of your
21 knowledge?
22     A    At one time, he might have.  One
23 time.
24         MR. SATRIALE:  Don't guess, George.

18

G. KELLY

1         THE WITNESS:  Okay.
2      Q    What--
3         MR. SATRIALE:  Tell him what you
4  know.
5      A    Yes, he did.
6      Q    He did?
7      A    Yes.
8      Q    And did there come a time that he
9  sold or transferred his interest in the Tenafly
10 car wash?
11     A    No.
12     Q    Does he still have that interest?
13     A    No.
14     Q    Well, I understood you to say he had
15 the interest at some time?
16     A    Yes.
17     Q    And he didn't sell or transfer but
18 that he no longer has the interest today?
19     A    That's correct.
20     Q    What happened to his interest in
21 Tenafly?
22     A    His lease expired.
23     Q    So Tenafly Car Wash is closed?
24     A    No, it's open.

19

G. KELLY

1      Q    Who owns it?
2      A    Me and Timmy.
3      Q    You and Timmy?
4      A    Weigel.
5      Q    Okay.  Do you own it through a
6  corporate entity?
7      A    Yes.
8      Q    What entity is that?
9      A    It's called GT Car Wash.
10     Q    GT Car Wash?
11     A    Inc.
12     Q    And how long have you owned it?
13     A    I would say six years.
14     Q    What is your interest in GT Car Wash,
15 Inc.?
16     A    I'm an owner.
17     Q    Do you have shares?
18     A    When you say in shares, me and Timmy
19 own--
20     Q    Do you know what percentage of it you
21 own?
22     A    Yeah, we're 50/50.
23     Q    50/50?
24     A    Yes.

20

G. KELLY

1      Q    Any other owners other than you and
2  him?
3      A    No.
4      Q    Do you have a title in connection
5  with the company?  Are you the president?
6      A    I think I'm the secretary.
7      Q    You're the secretary?
8      A    Yeah.
9      Q    And Timmy Weigel is the CEO or
10 something like that, president?
11     A    President.
12     Q    Are there any other officers?
13     A    No.
14     Q    Does Tenafly Car Wash have a manager?
15     A    Yes.
16     Q    Who is that?
17     A    Jerry Murphy.
18     Q    Does Mr. Miner have an interest in
19 the Pearl River Car Wash through a corporate
20 entity?
21     A    I'm not sure.
22     Q    And does he own the Pearl River Car
23 Wash along with Timothy Weigel?
24     A    I don't know the arrangements for

5 (Pages 17 to 20)

MOROCHO VS KELLY                 1/15/08                 GEORGE KELLY

---

21

G. KELLY
1    Pearl River at all.
2        Q    Did you ever work at Pearl River?
3        A    No.
4        Q    Have you ever worked at Pearl River?
5        A    No.
6        Q    Did you ever have occasion to visit
7    the Pearl River Car Wash during the course of
8    your employment at the Nyack Soft Cloth Car
9    Wash?
10       A    Yes.
11       Q    For what purpose?
12       A    Friendly visits, and that's about it.
13       Q    Did you ever have occasion to bring
14   parts there?
15       A    Oh, yes.
16       Q    From other Car Washes?
17       A    Yes.
18       Q    From the Nyack Soft Cloth Car Wash?
19       A    Yes.
20       Q    How often would you say you went to
21   the Pearl River Car Wash?
22       A    Once a month, I could go, sometimes I
23   couldn't -- might not go for a couple of
24   months.

---

22

G. KELLY
1        Q    And who manages the Pearl River Car
2    Wash?
3        A    Phil Payne.
4        Q    But to the best of your knowledge,
5    Mr. Weigel also has an ownership interest in
6    the Pearl River Car Wash, is that Timothy
7    Weigel?
8        A    That I don't know.
9        Q    Now, the Northvale Car Wash, have you
10   ever worked there?
11       A    No.
12       Q    Did you have occasion to visit there?
13       A    Yes.
14       Q    To bring parts there and so on?
15       A    Yes.
16       Q    How often would you visit there?
17       A    I could be there once a month.
18       Q    Did you do anything else other than
19   bring parts there?
20       A    I've done plenty of things there,
21   yeah.
22       Q    Like what?
23       A    Help with maintenance or working or
24   just the working aspects of the car wash.

---

23

G. KELLY
1        Q    And I take it Mr. Miner has an
2    ownership interest in the Northvale Car Wash?
3        A    That's correct.
4        Q    Do you know if he holds that interest
5    through a corporate entity?
6        A    I don't know the name or if there is.
7        Q    Do you know if any of the Weigels
8    have an interest in the Northvale Car Wash?
9        A    Yes, Timmy.
10       Q    Do you know what percentage interest
11   he has?
12       A    I don't know.
13       Q    Are there any others that have an
14   interest in Northvale Car Wash?
15       A    No.
16       Q    Other than Mr. Miner and possibly Mr.
17   Weigel, are there any others that have an
18   interest in the Pearl River Car Wash?
19       A    I don't know the set up, sorry.
20       Q    So, you also did-- you also had
21   occasion to do other things at Pearl River
22   other than bring parts there?
23            MR. SATRIALE:  Objection to form.
24       Q    Maintenance and so on?

---

24

G. KELLY
1            MR. SATRIALE:  Objection to form,
2    but you can answer.
3        A    I'm not required to, I help out.
4        Q    What do you do to help out?
5        A    If there is ever a jam and they need
6    a couple of guys to lift something or fix
7    something and I'm available, I will help out.
8        Q    The four car washes that we've
9    mentioned, Tenafly, Pearl River, Northvale and
10   Nyack, did they all exist, to the best of your
11   knowledge, in 1999 when you started helping out
12   your father-in-law?
13       A    Yes.
14       Q    And how long had they -- how long had
15   your father-in-law had an ownership interest in
16   those four car washes as of 1999?
17           MR. SATRIALE:  If you know.
18       A    I don't know, they are all different
19   dates.
20       Q    Can you describe for me in detail
21   what your duties and responsibilities at Nyack
22   Soft Cloth Car Wash are?
23       A    To manage the car wash.
24       Q    What does that entail?

---

6 (Pages 21 to 24)

101

G. KELLY

1  printout of the spreadsheet that you throw out;
2
3  correct?
4      A  Correct.
5      Q  How does the accountant find out how
6  much you've given them in tips each week for
7  tax purposes?
8      A  I'm not sure.
9      Q  You don't tell him?
10     A  No.
11     Q  What will he look at?
12     A  For?
13     Q  To determine that?
14     A  The what?
15     Q  How much tips each employee got each
16  week?
17     A  I don't know.
18        MR. STOECKER:  All right.  Off the
19  record.
20        (Whereupon, an off the record
21  discussion was held.)
22        (Whereupon, a short recess was
23  taken.)
24        MR. STOECKER:  Mark this as
25  Plaintiff's Exhibit 2.

102

G. KELLY

1
2       (Whereupon, the above mentioned
3  document was marked as Plaintiff's
4  Exhibit 2 for identification, this date
5  by the Reporter.)
6        MR. SATRIALE:  Do you have one for
7  me?
8        MS. ZDANIS:  Yeah, the only thing
9  that's missing is the job description
10  because I pulled it out.
11        MR. STOECKER:  Off the record.
12        (Whereupon, an off the record
13  discussion was held.)
14     Q  I've handed you Plaintiff's
15  Exhibit 2, it's a copy of declaration of
16  George. C Kelly, bearing bates stamps D000271
17  through 275.  Do you see that?
18        (Witness peruses document.)
19     A  Excuse me?
20     Q  Do you see it?
21     A  Do I see this whole sheet?
22     Q  Exhibit 2?
23     A  Yes.
24     Q  Is that your declaration?
25     A  Yes.

103

G. KELLY

1
2      Q  So I take it you've seen this before?
3      A  Yes.
4      Q  Now, in the first paragraph it says
5  that the Nyack Colonial Car Wash located in
6  Nyack, New York is the only car wash or any
7  other business owned or operated by Nyack
8  Colonial, do you see that?
9      A  That's correct.
10     Q  Is that true?
11     A  Yes.
12     Q  Now, you said earlier that there's --
13  you mentioned three other car washes, the
14  Tenafly, Northvale, and Pearl River?
15     A  The corporation is Nyack Colonial Car
16  Wash, Inc.., for Nyack.
17     Q  I'm sorry?
18        MR. SATRIALE:  He didn't ask you a
19  question yet.
20     Q  Do you recall the three others, three
21  other car washes that we discussed?
22     A  Uh, huh.
23     Q  And you said you and Tim Weigel owned
24  Northvale?
25     A  No.

104

G. KELLY

1
2      Q  Which one, Tenafly?
3      A  Correct.
4      Q  And Pearl River and Northvale is
5  owned by James Miner and Timothy Weigel, and
6  you don't know if John Weigel continues to have
7  an interest?
8      A  No, I said I'm not sure if Timmy is
9  involved in Pearl River.
10     Q  But you said you didn't know which
11  corporate entity held that car wash?
12     A  No.
13     Q  Could it be Nyack Colonial Car Wash,
14  Inc.?
15     A  No.
16     Q  How do you know?
17     A  I don't know.
18     Q  Sorry?
19     A  I don't know.  It's -- no, Nyack
20  Colonial Car Wash, Inc., is for Nyack Car Wash.
21     Q  Well, what's for Pearl River?
22     A  I don't know.
23     Q  How do you know it's not Nyack
24  Colonial Car Wash, Inc.?
25     A  I don't know.

26 (Pages 101 to 104)

105

G. KELLY

1  Q   It's got to be one or the other,
2  either it's no or you don't know?
3  A   I don't know what it's under.
4  Q   So you don't know if your statement
5  in paragraph 1 is correct?
6  A   No, that's correct.
7  MR. SATRIALE:  You believe that
8  statement to be correct?
9  THE WITNESS:  Yes.
10  Q   But you don't know whether or not
11  Nyack Colonial Car Wash, Inc., owns the Pearl
12  River car wash?
13  A   If Nyack Car Wash owns Pearl River
14  Car Wash?
15  Q   No, if Nyack Colonial Car Wash, Inc.,
16  owns Pearl River Car Wash?
17  A   I don't know.
18  Q   You don't know that.  Do you know if
19  Nyack Colonial Car Wash, Inc.., owns the
20  Northvale Car Wash?
21  A   I don't know that.
22  Q   Now, do you collect the I9
23  documentation for each employee employed by the
24  car wash?

*(Lines 1–25 in source)*

107

G. KELLY

1  I.D.
2  Q   You ask them for I.D.?
3  A   Yeah.
4  Q   What do they have to give you in
5  order to satisfy that they are legally able to
6  work?
7  MR. SATRIALE:  Objection to form.
8  If you know.
9  A   Something with their Social Security
10  number.
11  Q   That's it?
12  A   Yes.
13  Q   Now, are you familiar with an I9
14  form?
15  A   No.
16  Q   Have you ever filled one out?
17  A   I -- no, I don't think so.
18  Q   Have you ever seen one?
19  A   No.
20  Q   Do you know what it is?
21  A   No.
22  Q   Does anyone other than you handle the
23  paperwork for employees?
24  A   No.

106

G. KELLY

1  A   I don't understand what the I9 is.
2  Q   Do you verify that they are able to
3  work?
4  A   I still don't understand your
5  question.
6  Q   You understand that an employer has
7  an obligation to determine if its employees are
8  legally able to work in the United States
9  before they are hired; correct?
10  MR. SATRIALE:  Objection to form,
11  but you can answer.
12  A   Yes.
13  Q   Okay.  And what did you do at the
14  Nyack Soft Cloth Car Wash to discharge that
15  obligation?
16  A   I asked them for papers.
17  Q   What papers do you ask for?
18  A   Some identification and their Social
19  Security number.
20  Q   What kind of identification?
21  A   Social Security card, driver's
22  license or anything like that.
23  Q   Anything else?
24  A   Whatever they have, I ask them for

108

G. KELLY

1  Q   You do it?
2  A   Yes.
3  Q   Now, you employed someone by the name
4  of Angel according to paragraph 2 of your
5  declaration, Plaintiff's Exhibit 2?
6  MR. SATRIALE:  Read paragraph 2
7  yourself.
8  A   Okay.
9  (Witness peruses document.)
10  A   Okay.
11  Q   Is paragraph 2 correct that you
12  employed someone named Angel?
13  A   Yes.
14  Q   And what was Angel's full name
15  according to the records that you looked at?
16  A   I knew him as Angel.
17  Q   But you said for each employee you
18  got their I.D.
19  MR. SATRIALE:  Objection.
20  Objection. Carl, Mr. Stoecker, in order
21  to be fair, paragraph 3 deals with the
22  same point, so I would like the witness
23  to read paragraph 3 before he answers
24  that question.

27 (Pages 105 to 108)

161

G. KELLY

1
2     Q    What's the reference to other car
3   washes, is that to Tenafly?
4     A    Excuse me?
5     Q    It says keeping stock of all parts
6   used by us and other car washes, is that a
7   reference to Tenafly?
8     A    To all the car washes.
9     Q    Tenafly, Pearl River, Northvale?
10    A    If they needed parts in an emergency
11  and we had it, I would get them the part.
12    Q    But one of operations manager's job
13  was to keep stock of the parts used by all four
14  car washes?
15    A    No.  Not used by the car washes.  If
16  somebody came in for a part, I just write down
17  what they took, so I would know what they took
18  so I could reorder.
19    Q    If someone came in from any of the
20  other three car washes?
21    A    Right, if they ran in to get a part,
22  just write down what they took and give it to
23  me so I know what they took.
24    Q    Now, you also managed the Tenafly car
25  wash?

162

G. KELLY

1
2     MR. SATRIALE:  Objection to form.
3     A    Managed, I owned Tenafly car wash.
4   I'm an owner.
5     Q    Do you do the same thing there that
6   you do at Nyack Colonial?
7     A    It's shared more.
8     Q    With you and Mr. Timothy Weigel?
9     A    That's correct.
10    Q    And do you handle the payroll the
11  same way at Tenafly?
12    A    Yes.
13    Q    You pay the same way?
14    A    Yes.
15    Q    You handle overtime the same way?
16    A    Yes.
17    Q    You handle tips the same way?
18    A    Yes.
19    Q    And are overtime and tip distribution
20  handled the same way at Pearl River?
21    MR. SATRIALE:  If you know.
22    A    I don't know.
23    Q    How about at Northvale?
24    A    I don't know.
25    Q    Do you spend time in Pearl River?

163

G. KELLY

1
2     A    No.
3     Q    How often do you go there?
4     A    I don't know what you said earlier, I
5   could stop by once a week, once a month, just
6   to say hello.
7     Q    And Northvale, the same answer?
8     A    Yes.
9     Q    You understand that you've been named
10  as a defendant in this lawsuit that's pending
11  in federal court?
12    A    Right.
13    Q    And do you understand what the claims
14  are that have been asserted against you?
15    A    Yes.
16    Q    What's your understanding of the
17  claims?
18    MR. SATRIALE:  You can give him your
19  understanding but don't repeat anything
20  that I have told you.  If you have an
21  understanding separate, apart from our
22  discussions, then that's what you tell
23  him.
24    A    I have an understanding of-- my
25  understanding is, this, I don't understand your

164

G. KELLY

1
2   question.  I understand that I am getting sued,
3   yes, in federal court.
4     MR. SATRIALE:  Do you know why
5     you're getting sued, what are the claims
6     being brought against you?
7     A    Failure to pay overtime, and that's
8   it.
9     Q    Do you have an understanding, without
10  telling me what you discussed with your lawyer,
11  as you sit here today, do you have an
12  understanding as to what overtime is?
13    A    I understand overtime, yes, I do.
14    Q    What is your understanding of it?
15    A    Up and over 40 hours.
16    Q    What happens after 40 hours?
17    A    You get paid for time and a half.
18    Q    And did you have that understanding
19  prior to this lawsuit that was --
20    A    Yes.
21    Q    The legal requirement?
22    A    Yes.
23    Q    Now, do you also understand that you
24  have been sued for taking employee's tips?
25    A    I don't take people's tips.

41 (Pages 161 to 164)

# EXHIBIT L

# Gehring & Satriale LLC

Louis R. Satriale, Jr.
(212) 400-7422
lsatriale@GTSLaw.com

370 Lexington Avenue
Suite 1200
New York, New York 10017
(212) 400-7420
(212) 400-7440 (fax)

February 6, 2008

VIA FACSIMILE
Hon. Charles L. Brieant
United State District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:    Freddy Morocho et al. v. George Kelly et al.
       Index No. 07 Civ. 2979 (CLB) (MDF)

Dear Judge Brieant:

We represent defendants in the above-referenced action. On behalf of all parties, I write to jointly request a three-week extension of time from February 8, 2008 to February 29, 2008 to complete depositions. There has been no prior request for an extension of time regarding the Civil Case Discovery Plan and Scheduling Order ("Scheduling Order") in this matter.

Today, we were at the Courthouse to conduct the depositions of three plaintiffs. Tomorrow, three more depositions are scheduled at the Courthouse. Shortly after we began the depositions today, the Spanish interpreter hired to assist with the depositions of the plaintiffs advised the parties that he had just been informed of a family emergency and had to leave immediately for the day. I have not yet been advised if he will be able to resume tomorrow. In any event, it is clear that the parties will not be able to complete all the depositions by Friday.

Plaintiffs' counsel and I have discussed our respective schedules and the schedules of the remaining witnesses and respectfully request until February 29th to complete the depositions. The Scheduling Order currently provides that all discovery is to be complete by March 14, 2008 and the parties are not seeking an extension of that date.

Respectfully submitted,

Louis R. Satriale, Jr.

cc:    Karen Zdanis, Esq. (via facsimile)
       Counsel for Plaintiffs

# EXHIBIT M

1

83hmoroctp
1  UNITED STATES DISTRICT COURT
1  SOUTHERN DISTRICT OF NEW YORK
2  ------------------------------------x
2
3  FREDDY M. MOROCHO, WALTER TACURE,
3  on behalf of themselves and others
4  similarly situated,
4
5        Plaintiffs,
5
6     v.              07 Civ. 2979(CLB)(MDF)
6
7
7  GEORGE C. KELLY and NYACK COLONIAL
8  CAR WASH, INC.,
9        Defendants.
9
10  ------------------------------------x
10
11                    United States Courthouse
11                    White Plains, N.Y.
12                    March 17, 2008
12
13
14  Before:
14        THE HONORABLE MARK D. FOX,
15
15                    Magistrate Judge
16
17
18             APPEARANCES
18
19
19  LAW OFFICES OF KARL J. STOECKER
20     Attorneys for Plaintiffs
20  KARL J. STOECKER
21  KAREN L. ZDANIS
21
22
22  GEHRING & SATRIALE, LLC
23     Attorneys for Defendants
23  LOUIS R. SATRIALE, JR.
24

25    *Proceedings recorded via electronic recording device.
          CHRISTINA M. ARENDS-DIECK, RPR, RMR, CRR
                    (914)390-4103
                                    2
        83hmoroctp
1          THE DEPUTY CLERK:  In the matter of Morocho v. Kelly,
2    et al.
3          THE COURT:  Note the appearances for the record,
4    please.
5          MR. STOECKER:  Karl Stoecker for plaintiff, your
6    Honor.
7          MS. ZDANIS:  Karen Zdanis also for plaintiff.
8          MR. SATRIALE:  Louis Satriale for the defendants, your
9    Honor.
10         THE COURT:  Okay.  Good morning.
11         Okay.  When we were last here, which was March the
12   11th, I set the hearing on the deposition disputes, and that
13   will be done Wednesday, the 19th, at 2 p.m., and I raised the
14   issue with Ms. Zdanis about Mr. Stoecker's appearance.
15         Have you filed a notice of appearance in this case?
16         MR. STOECKER:  Yes, I have, your Honor.
17         THE COURT:  Okay.  When did you do that?
18         MR. STOECKER:  Well, I was on the complaint initially.
19   In response to your Honor's instruction, I filed one just the
20   day before -- last week.
21         THE COURT:  Okay.
22         Apparently, what happened here, and I'm still not
23   really sure, but sometimes the Clerk's Office only picks up the
24   name of lead counsel, which they take generally to be the first
25   one listed.  But, okay, as long as you've taken care of it and
          CHRISTINA M. ARENDS-DIECK, RPR, RMR, CRR
                    (914)390-4103
                                    3
        83hmoroctp
1    you're on the record as appearing.
2          Okay.  I anticipate -- how many witnesses do you
3    anticipate calling at this hearing on Wednesday?
4          MR. SATRIALE:  Myself, the witness who was with me,
5    and the court reporter.
6          THE COURT:  Okay.
7          How about you?
8          MR. STOECKER:  Your Honor, it's Mr. Satriale's show.
9    You know --
10         THE COURT:  I just asked you how many witnesses you're
11   calling.
12         MR. STOECKER:  It depends who he calls, your Honor.

13     THE COURT: Okay, fine.
14     MR. STOECKER: Those were the only attendees at the
15  deposition. You know, I think it's inappropriate to have
16  tertiary sideline litigation on -- you know --
17     THE COURT: So do I, but, unfortunately, when the
18  allegations which were made on the record before me by each
19  side against the other were made, the Court has no choice but
20  to get into this.
21     I don't expect to make a major project out of this
22  deposition hearing. It's going to be done quickly and to the
23  point, and I will take whatever action I deem appropriate after
24  I find the facts.
25     Okay, now, in connection with the case itself, I have
             CHRISTINA M. ARENDS-DIECK, RPR, RMR, CRR
                       (914)390-4103
                              4
     83hmoroctp
1  a letter brief dated March the 11th from Mr. Satriale, and
2  there is no answering letter brief on it, concerning the
3  failure to complete the Occhino deposition. Five business days
4  has not yet expired, so I think the letter brief on that is due
5  I think tomorrow.
6     I have also received, on March 10th, from Mr. Satriale
7  the additional page of the documents that were submitted for
8  in-camera review. That was Bates number D000192. I have
9  reviewed that in camera. I've been provided now with a legible
10  page. I've reviewed that in camera, and the same ruling as I
11  made with the balance of the record applies. Basically, there
12  is nothing on this page that is either relevant or derogatory
13  or in any way relevant to the lawsuit.
14     Okay. Is there anything else at this point from
15  plaintiffs' counsel?
16     MR. STOECKER: Yes, your Honor. There are several
17  things.
18     In response to our discovery requests and your Honor's
19  order, among others, the order dated March 7th to produce
20  backup documents to the general ledger, we've gotten an
21  affidavit from George Kelly dated March 6th of 2008 which
22  essentially says that the defendants do not have any documents.
23     In addition, Mr. Kelly testified at his deposition
24  that it was his practice, even for the nine-month period
25  subsequent to the time that this case was filed, to regularly
             CHRISTINA M. ARENDS-DIECK, RPR, RMR, CRR
                       (914)390-4103
                              5
     83hmoroctp

1    destroy documents, to delete information from his computer.
2         THE COURT:  After the case was filed.
3         MR. STOECKER:  Yes.  To throw documents out.
4         Now, Section 11(c) of the Fair Labor Standards Act and
5    29 CFR Section 516.5 imposes an affirmative duty upon employers
6    to preserve payroll documents for a period of three years.  The
7    information to be preserved includes the number of hours worked
8    by each employee each day.
9         THE COURT:  I'm familiar with the statute.
10        MR. STOECKER:  In addition, Section 195 subdivision 4
11   of the New York State Labor Law similarly requires an employer
12   to preserve, for a period of three years, the kind of payroll
13   information that Mr. Kelly regularly destroyed even after this
14   lawsuit was filed.  In fact, Section 198-A of the New York
15   Labor Law makes it a crime, a misdemeanor, when you fail to
16   maintain this kind of payroll information.
17        At Mr. Kelly's deposition on January 15th of 2008, he
18   testified under oath that, as of the time of the deposition, he
19   was still throwing out payroll information and failing to
20   preserve it.
21        This is a collective action, your Honor, which
22   embraces all of the defendant's current and former employees.
23   The defendant's current --
24        THE COURT:  Okay, let me just -- what's your point?
25   Because I have nothing before me on this.

                CHRISTINA M. ARENDS-DIECK, RPR, RMR, CRR
                          (914)390-4103

                                6

     83hmoroctp
1         MR. STOECKER:  Well, the application -- we would like
2    to make a motion -- there's obviously spoliation of evidence
3    here, your Honor.  We would like to make a motion to preclude
4    the defendants from putting in any information in this case
5    with regard to hours worked by the plaintiffs, with regard to
6    the amount they were paid, and so on and so forth, because the
7    defendants --
8         THE COURT:  How much time is it going to take you to
9    make the motion?
10        MR. STOECKER:  We can make it within a week.  Within a
11   week, your Honor.
12        THE COURT:  Okay.
13        Do you want to be heard on this?
14        MR. SATRIALE:  Yes, your Honor.  Thank you.
15        Your Honor, we've been over some of this before.  None
16   of the plaintiffs in this case have worked for us.
17        THE COURT:  That's really not what he's addressing.

18   He's saying that your client failed to maintain records.
19        MR. SATRIALE:  But not with regard to any of the
20   plaintiffs.  None of the plaintiffs have worked for us.
21        THE COURT:  Okay, well, look, the bottom line here is
22   he is obligated to maintain records of everybody who worked for
23   him.  Do I understand you to say it's his position that that's
24   what he did?
25        MR. SATRIALE:  No, no, I'm not saying that.  What I'm
          CHRISTINA M. ARENDS-DIECK, RPR, RMR, CRR
                    (914)390-4103

                         7

83hmoroctp
1   saying, your Honor, is he said to you that, even since the
2   lawsuit has started, we're not maintaining records for
3   employees.  I want you to know that none of the employees in
4   this case worked for us since the lawsuit has started.  So --
5        THE COURT:  Okay, well, look, that may very well be,
6   but that's not what counsel's addressing.  What counsel is
7   addressing is, apparently, your client, at deposition, if I
8   understand what he said correctly, has failed to maintain the
9   records required by the federal statute and by the New York
10  State Labor Law.
11       Now, the question then becomes -- and this is
12  something that you're both going to have to give me case
13  authority on -- whether, under those circumstances, a sanction
14  would be appropriate for spoliation of evidence.  Because the
15  rationale would seem to me to be, if an employer came in here
16  and said here are all my records, here are all the people who
17  worked for me, I've maintained them as required by law,
18  plaintiff's name isn't on it, that would be one thing.  When he
19  has failed to maintain those records which he's required by law
20  to maintain and then he comes in and says, well, it doesn't
21  matter because these guys never worked for me, well, all
22  anybody has on it -- there's no records to back up what he
23  says, in violation of a statute, and all he has is, well -- all
24  the Court is left with is the issue of who the Court's going to
25  believe, and, under those circumstances, I think it's an
          CHRISTINA M. ARENDS-DIECK, RPR, RMR, CRR
                    (914)390-4103

                         8

83hmoroctp
1   interesting issue, and you both will have an opportunity to
2   brief it.
3        MR. SATRIALE:  Okay.  Your Honor, on that issue, we
4   are dealing with the Department of Labor on that issue, which I
5   don't believe is related to this case, but we are dealing with

6    them. In this case, there's six plaintiffs. You will see at
7    some point, or Judge Brieant will see at some point, that I
8    believe three or four of the six don't have a federal claim
9    because they didn't work at the car wash, based on their own
10   admissions, within the last three years. So they're time
11   barred.
12       THE COURT: We'll get into that when the time comes.
13   Right now, I'm not there. Right now, we're talking about two
14   issues. We've got a hearing on Wednesday at which I'll
15   determine who, if either, counsel misbehaved at the deposition,
16   and if I find that anybody did, there will be sanctions
17   imposed. And then, after that, we will respond, orally
18   respond. By that time, the motion will be submitted. It will
19   be made in a week. You'll have an opportunity to respond to
20   it, and we'll see where we go from there.
21       MR. SATRIALE: Your Honor, one request, because we've
22   had issues in the past with regard to requests for an
23   extension. I'm planning to take off some time around Easter,
24   and I would ask, if they're going to serve the motion a week
25   from today, that I have at least ten to -- to the Friday of the

                CHRISTINA M. ARENDS-DIECK, RPR, RMR, CRR
                        (914)390-4103

                               9

     83hmoroctp
1    following week to respond.
2        THE COURT: That's not a problem.
3        MR. SATRIALE: Thank you.
4        THE COURT: Okay. We're adjourned until Wednesday --
5        MR. STOECKER: Your Honor, I'm sorry, your Honor.
6    There were other -- other matters.
7        First, defendants -- the business operated by
8    defendants is a cash business. There's no credit cards.
9    There's no checks. There's nothing other than cash that is
10   taken from customers and given to employees. So we're at a
11   tremendous disadvantage because they have not maintained any
12   records, and all we essentially have is tax returns, which we
13   don't believe are accurate.
14       Among other things, the tax returns that they have --
15       THE COURT: What's the point?
16       MR. STOECKER: Well, the tax returns they have
17   provided to us are not signed, your Honor. There's a lot of
18   inconsistencies. We would like to get authorizations from the
19   defendant so we can obtain the tax returns actually filed with
20   the IRS.
21       THE COURT: That application is granted.
22       MR. STOECKER: Thank you, your Honor.

23          THE COURT:  When the tax returns are obtained, you
24    will take the steps to get them, Mr. Satriale, and you will do
25    that immediately.  You will be prepared to demonstrate to the

CHRISTINA M. ARENDS-DIECK, RPR, RMR, CRR
(914)390-4103

10

83hmoroctp

1    Court that you have made the efforts to get them starting
2    immediately.
3          When the returns are obtained by you -- not by your
4    client, but by you -- you will have an opportunity to look at
5    them and to redact out anything that might reflect investment
6    income or anything else not relevant to the case, and then you
7    can submit them to me, the originals and redacted copies, for
8    in-camera review.
9          The alternative would be, if you don't want to get
10   them, then you just simply provide the authorizations to
11   plaintiffs' counsel, and they'll get them.
12         MR. SATRIALE:  Okay, your Honor.  I've already given
13   them unredacted tax returns at your request, so --
14         THE COURT:  But they weren't signed, apparently.
15   Counsel tell me they weren't signed.
16         MR. SATRIALE:  Well, what they -- and I don't know --
17   I will find out how it works, your Honor.  When I get my tax
18   returns from my accountant, a copy of what he sent to the IRS,
19   those aren't signed, either.
20         THE COURT:  No.  You sign them, and then you submit
21   the signed copy to the IRS.
22         MR. SATRIALE:  Absolutely.
23         THE COURT:  All right.  He just wants an opportunity
24   to make sure that what your clients provided to him is the same
25   thing they provided to the IRS.

CHRISTINA M. ARENDS-DIECK, RPR, RMR, CRR
(914)390-4103

11

83hmoroctp

1          MR. SATRIALE:  Is the one that went to the government.
2          THE COURT:  That's right.
3          MR. SATRIALE:  Okay.  So you're asking me to get
4    signed ones back from the government and provide them to the
5    other side.
6          THE COURT:  And that application, you know, the
7    necessary forms, should be obtained and submitted to the
8    government certainly within five business days.
9          MR. SATRIALE:  Okay.
10         THE COURT:  The alternative would be you provide the

11   releases to plaintiff and they'll get them. Okay.

12         MR. SATRIALE: I will do that, your Honor.

13         One final issue from the defendants' side, your Honor.

14         I made a handful of requests for documents at the

15   depositions of the plaintiffs. They asked me to send a letter

16   confirming the request. As I've received the transcript, I've

17   done that. Nothing's been received. All I would like is a

18   date certain as to when I can expect the documents

19         MS. ZDANIS: Your Honor --

20         THE COURT: When are you going to provide the

21   documents?

22         MS. ZDANIS: Your Honor, I haven't gotten any letter.

23   And as counsel's requested through all the depositions, he

24   usually tells the plaintiff to maintain the records. He has

25   never made a formal request. So I don't even have a request,

CHRISTINA M. ARENDS-DIECK, RPR, RMR, CRR
(914)390-4103

12

83hmoroctp

1    your Honor.

2          THE COURT: Now, look, now, look, from this point

3    forward, there will be no requests for documents made on the

4    record at depositions by either side. You want records, you

5    make an application. You file requests for documents under the

6    Federal Rules of Civil Procedure.

7          That's the way you all want to play the game, that's

8    the way it will be done. There will be no more informal

9    agreements between counsel in this case about anything. You do

10   everything in accordance with the Federal Rules. Any failure

11   by either party to comply with the rules in terms of a response

12   time or anything else is going to result in sanctions being

13   imposed.

14         This matter is now adjourned to March 19th at 2 p.m.

15   for the hearing.

16         MR. STOECKER: Your Honor, there is -- your Honor --

17         THE COURT: There always is. What's your problem?

18         MR. STOECKER: Well, there's another matter, your

19   Honor.

20         In your Honor's order dated March 3rd, they were

21   directed to produce the subsidiary ledger to the general

22   ledger, the backup showing the payroll.

23         THE COURT: There was an opportunity to do that. And

24   I specifically directed to the defendant, because it's tax

25   season, that the accountant would have until after April 15th

CHRISTINA M. ARENDS-DIECK, RPR, RMR, CRR
(914)390-4103

13

83hmoroctp

1  to complete the production of the backup documents and anything
2  else, including the supplemental ledger.
3      MR. SATRIALE:  Your Honor, your Honor, and more
4  specifically what you said to them is they were going to depose
5  the accountant the next day.  You said to them inquire at his
6  deposition with regard to what they're calling the subsidiary
7  ledger.  They didn't do that.
8      The truth of the matter is, what I understand -- what
9  the accountant told me is there is no -- he doesn't have
10  anything called a subsidiary ledger.  The general ledger
11  documents that you reviewed in camera from 2001 to 2007 have
12  what he called the cash disbursements checks listed that he
13  said would be within something called a subsidiary ledger.
14      You looked at everything we have, and you determined
15  what we provided to them was everything that was relevant.  So
16  there is nothing else subsidiary ledger or otherwise.
17  Everything related to that was within the documents you
18  reviewed in camera and determined that what we have given was
19  appropriate.  So there is nothing else.
20      MS. ZDANIS:  Your Honor, I --
21      THE COURT:  The accountant will provide an affidavit
22  to that effect within five business days, a sworn statement.
23  And it will be also signed by the client, that the client has
24  no other records, whether they gave them to the accountant or
25  not.

CHRISTINA M. ARENDS-DIECK, RPR, RMR, CRR
(914)390-4103

14

83hmoroctp

1      MR. SATRIALE:  I will do that, your Honor.
2      THE COURT:  Anything else?
3      MR. STOECKER:  Yes, your Honor.  With regard to
4  Wednesday, we expect to get the transcript of the deposition
5  this week.  The transcript will reveal that Mr. Satriale
6  directed his client not to answer questions.
7      THE COURT:  Why are you raising this now?  I'm going
8  to have a hearing on Wednesday.
9      MR. STOECKER:  Well, I think we cannot intelligently
10  or completely address what occurred at the deposition without
11  the transcript, your Honor.
12      THE COURT:  I disagree with you.  There were
13  allegations made that you directed the court reporter to go off
14  the record, and then you made some statements which, if you
15  made them, were highly improper.  We're having the hearing on

16   Wednesday.  Anything else that I need or anything else that
17   anybody wants to submit in terms of the transcript I'll take a
18   look at when the hearing is over.  Anything else?
19        MR. STOECKER:  Well, we would like to make a motion
20   based upon the transcript, your Honor.
21        THE COURT:  You can do whatever you want whenever you
22   get the transcript.  We're having a hearing on the issues that
23   I've set forth on the record on Wednesday at 2 p.m.
24        MR. STOECKER:  So just so I understand --
25        THE COURT:  There's nothing not to understand.  You
         CHRISTINA M. ARENDS-DIECK, RPR, RMR, CRR
                 (914)390-4103
                                    15
     83hmoroctp
1    understand very well.  What else is the problem?
2         MR. STOECKER:  Nothing, your Honor.
3         THE COURT:  If you want to say it, go ahead.  Make
4    your record.
5         MR. STOECKER:  Well, I just want to be -- your Honor's
6    going to make credibility determinations about who said what
7    off the record at the deposition?  Is that what --
8         THE COURT:  I'm going to hear what everybody has to
9    say, and, based on the record that's before me and upon my view
10   of the evidence, I will make whatever determinations I think I
11   can properly make.
12        MR. STOECKER:  Well, your Honor, we will not have the
13   transcript before --
14        THE COURT:  I repeat, I will take the testimony on
15   Wednesday.  If the transcript is relevant, I would assume
16   somebody ordered it expedited.  It will be submitted to me
17   immediately after the hearing.  If you've ordered it expedited,
18   I'm sure it will be here by the end of the week.  And I'm
19   certainly going to consider what happened on the record at the
20   hearing, but, meanwhile, the court reporter will be here.
21        I didn't mean to suggest I'm going to decide this off
22   the bench, but I'm going to take the testimony.
23        Anything else from anybody?  Very good.  2 p.m.
24   Wednesday.  Thank you.
25            - - - -
         CHRISTINA M. ARENDS-DIECK, RPR, RMR, CRR
                 (914)390-4103