UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOROCHO ET AL

**Plaintiff(s)**

against

**DOCKET NO.** 07CV2979 (CLB)(MDF)

KELLY ET AL

**Defendant(s)**                    ORDER OF DISCONTINUANCE

    This action having been called before the Court, and the attorneys for all parties, advised the Court that all claims asserted herein have been settled as set forth in the transcript of hearing this date, It Is

    ORDERED that the above entitled action be and hereby is discontinued with prejudice and without costs to any party, with leave to re-open on notice solely to enforce the settlement.

DATED: 6/9/08

**Plaintiffs Attorney,**

*/s/ Karen Zdanis*

Date JUNE 9, 2008

**Defendants Attorney,**

*/s/ Louis R. Satriale Jr*

SO ORDERED:

*/s/*

HON. MARK D. FOX
UNITED STATES MAGISTRATE JUDGE

MARK D. FOX
United States Magistrate Judge
Southern District of New York